GREGORY K. WILKINSON, Bar No. 054809
STEVEN M. ANDERSON, Bar No. 186700
JASON M. ACKERMAN, Bar No. 219940
BEST BEST & KRIEGER LLP
3750 University Avenue
P.O. Box 1028
Riverside, California 92502
Telephone: (951) 686-1450
Telecopier: (951) 686-3083
E-mail address: Gregory.Wilkinson@bbklaw.com

Attorneys for Intervenor-Defendant
STATE WATER CONTRACTORS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

FRESNO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, THE BAY INSTITUTE, BAYKEEPER AND ITS DELTAKEEPER CHAPTER, CALIFORNIA TROUT, FRIENDS OF THE RIVER, NATURAL RESOURCES DEFENSE COUNCIL, NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS, and SACRAMENTO RIVER PRESERVATION TRUST, all non-profit organizations; and the WINNEMEM WINTU TRIBE,<br><br>        Plaintiffs,<br><br>    v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, WILLIAM T. HOGARTH, in his official capacity as Assistant Administrator Fisheries, National Marine Fisheries Service, National Oceanic and Atmospheric Administration, GALE A. NORTON, in her official capacity as Secretary of the Interior; and JOHN W. KEYS, in his official capacity as Commissioner, United States Bureau of Reclamation,<br><br>        Defendants,<br><br>and Related Intervenors/Defendants. | Case No.  1:06-CV-00245 OWW LJO<br><br>Judge:  Oliver W. Wanger<br>Courtroom:  3<br><br>STIPULATION FOR INTERVENTION BY THE STATE WATER CONTRACTORS |

PDF created with pdfFactory trial version www.pdffactory.com

**BACKGROUND**

On April 19, 2006 the United States Court of Appeals for the Ninth Circuit issued its Memorandum Opinion in *Natural Resources Defense Council, et al. v.* Norton, Case No. 05-16581.  That Opinion dealt with the effort of the State Water Contractors organization ('State Contractors") to intervene in litigation challenging the issuance of a biological opinion adopted by the United States Fish and Wildlife Service for the purpose of addressing proposed changes in the operation of the State Water Project and federal Central Valley Project.  Those changes were set forth in a so-called Operations Criteria and Plan developed by the United States Bureau of Reclamation in June 2004 ("2004 OCAP").  In its opinion, the Court of Appeals determined that the district court in *NRDC v. Norton* erred when it denied the intervention motion of the State Water Contractors after concluding the State Contractors' interests were adequately represented by existing parties.  According to the Court of Appeals, the State Contractors' interests in the challenge to the biological opinion were "not adequately represented" by existing parties. Memorandum Opinion, page 3   Accordingly, the Ninth Circuit reversed the district court and concluded that "the Contractors should be allowed to intervene." *Id.*, page 4.

The present case challenges a biological opinion issued by the National Marine Fisheries Service with respect to the same 2004 OCAP.  The State Contractors have filed a motion to intervene in the present case and opposition to the Motion by the Plaintiffs Pacific Coast Federation of Fishermen's Associations, et al. ("Plaintiffs") is due to be filed shortly.  In view of the Opinion issued by the Court of Appeals in *Natural Resources Defense Council, et al. v. Norton*, however, the Plaintiffs and the State Contractors believe the resources of the Court and the parties can best be conserved by entering into this Stipulation.

On October 31, 2005, Magistrate Judge Joseph Spero allowed two other parties, the California Farm Bureau Federation, and San Luis & Delta Mendota Water Authority/Westlands Water District, to intervene as Intervenors Defendants with the conditions that "(1) the Intervenor Defendants shall be considered as one party for briefing purposes, and shall file one brief together on any issue before the Court, subject to further Order of the Court, and (2) Intervenor Defendants shall coordinate their filings with the Federal Defendants."  Neither of those parties

LAW OFFICES OF BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

PDF created with pdfFactory trial version www.pdffactory.com

1  holds a contract for the delivery of State Water Project water and neither asserts that it has the
2  same interest as the State Contractors in defending the South Delta Improvement Program
3  proposed by the California Department of Water Resources.
4      Accordingly,
5      IT IS HEREBY STIPULATED AND AGREED that:  (1) the State Contractors shall be
6  permitted to intervene as a defendant in this matter pursuant to Rule 24(a) of the Federal Rules of
7  Civil Procedure; (2) to promote the efficient conduct of the proceedings herein, the State
8  Contractors may be required to coordinate briefing or share oral argument with the existing
9  parties; and (3) the State Contractors agree to abide by any additional briefing restrictions or page
10 limitations imposed by the Court at the May 26, 2006 scheduling conference or otherwise.

Dated: _____, 2006    BEST BEST & KRIEGER LLP

By:   /s/ Gregory K. Wilkinson
    GREGORY K. WILKINSON
    STEVEN M. ANDERSON
    JASON M. ACKERMAN
    Attorneys for Intervenor-Defendant
    STATE WATER CONTRACTORS

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: _____, 2006 | EARTHJUSTICE |
| | By:  /s/ Michael R. Sherwood<br>MICHAEL R. SHERWOOD<br>ANDREA A. TREECE<br>Attorneys for Plaintiffs<br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS / INSTITUTE FOR FISHERIES RESOURCES, THE BAY INSTITUTE, BAYKEEPER & ITS DELTAKEEPER CHAPTER, CALIFORNIA TROUT, FRIENDS OF THE RIVER, NORTHERN CALIFORNIA COUNCIL OF THE FEDERATION OF FLY FISHERS, SACRAMENTO RIVER PRESERVATION TRUST and WINNEMEM WINTU TRIBE |
| Dated: _____, 2006 | NATURAL RESOURCES DEFENSE COUNCIL |
| | By:  /s/ Hamilton Candee<br>HAMILTON CANDEE<br>KATHERINE S. POOLE<br><br>Attorneys for Plaintiff<br>NATURAL RESOURCES DEFENSE COUNCIL |
| Dated: _____, 2006 | UNITED STATES DEPARTMENT OF JUSTICE, ENVIRONMENT & NATURAL RESOURCES DIVISION |
| | By:  /s/ Keith W. Rizzardi<br>KEITH W. RIZZARDI<br>Attorney for Federal Defendants<br>CARLOS M. GUTIERREZ, WILLIAM T. HOGARTH, GAIL A. NORTON, and JOHN W. KEYS |

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

RVPUB\GWILKINSON\712297.1                - 3 -                STIPULATION FOR INTERVENTION BY THE STATE WATER CONTRACTORS

PDF created with pdfFactory trial version www.pdffactory.com

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

| | | |
|---|---|---|
| 1 | Dated: _____, 2006 | CALIFORNIA FARM BUREAU |
| 3 | | By:   /s/ Brenda Washington Davis   |
| 4 | | BRENDA WASHINGTON DAVIS<br>Attorneys for Intervenor Defendant<br>CALIFORNIA FARM BUREAU |
| 5 | | FEDERATION |
| 8 | Dated: _____, 2006 | KRONICK MOSKOVITZ TIEDEMANN & GIRARD |
| 11 | | By:    /s/ Daniel J. O'Hanlon   |
| | | DANIEL J. O'HANLON<br>Attorneys for Intervenor Defendant |
| 12 | | SAN LUIS & DELTA-MENDOTA<br>WATER AUTHORITY and |
| 13 | | WESTLANDS WATER DISTRICT |
| 15 | Dated: _____, 2006 | SOMACH, SIMMONS & DUNN |
| 18 | | By:     /s/ Andrew M. Hitchings      |
| | | ANDREW M. HITCHINGS<br>Attorneys for Intervenor Defendants |
| 19 | | GLENN-COLUSA IRRIGATION DISTRICT, NATOMAS CENTRAL MUTUAL WATER |
| 20 | | CO., PELGER MUTUAL WATER CO., PLEASANT GROVE-VERONA MUTUAL |
| 21 | | WATER COMPANY, PRINCETON-CODORA-GLENN IRRIGATION DISTRICT, |
| 22 | | PROVIDENT IRRIGATION DISTRICT, RECLAMATION DISTRICT 108, RIVER |
| 23 | | GARDEN FARMS |

24  IT IS SO ORDERED:

26  DATED: ____May 3, 2006__        __/s/ OLIVER W. WANGER_____
                                    Oliver W. Wanger
27                                  United States District Court

28

RVPUB\GWILKINSON\712297.1                - 4 -              STIPULATION FOR INTERVENTION BY THE
                                                             STATE WATER CONTRACTORS

PDF created with pdfFactory trial version www.pdffactory.com