1    MICHAEL R. SHERWOOD, State Bar No. 63702
     ANDREA A. TREECE, State Bar No. 237639
2    Earthjustice
     426 17th Street, 5th Floor
3    Oakland, CA  94612
     E-mail:  msherwood@earthjustice.org
4             atreece@earthjustice.org
     Telephone:  (510) 550-6725
5    Facsimile:  (510) 550-6749

6    Attorneys for Plaintiffs

7    HAMILTON CANDEE, State Bar No. 111376
     KATHERINE POOLE, State Bar No. 195010
8    Natural Resources Defense Council
     111 Sutter St., 20th Floor
9    San Francisco, CA  94104
     hcandee@nrdc.org; kpoole@nrdc.org
10   Telephone: 415/875-6100
     Facsimile: 415/875/6161
11
     Attorneys for Plaintiff NRDC
12

13                  IN THE UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
14

15   PACIFIC COAST FEDERATION OF          )  Case No. 1:06-CV-245 OWW LJO
     FISHERMEN'S ASSOCIATIONS/INSTITUTE   )
16   FOR FISHERIES RESOURCES, *et al.*,    )
                                          )
17          Plaintiffs,                   )   SCHEDULING ORDER AND DEADLINE
                                          )  FOR INJUNCTION
18          v.                            )
                                          )  Date:      July 21, 2006
19   CARLOS M. GUTIERREZ, in his official )  Time:      8:45 a.m.
     capacity as Secretary of Commerce *et al.*, ) Courtroom: 3
20                                        )  Judge:     Hon. Oliver W. Wanger
            Defendants.                   )
21                                        )  [SOME PARTIES TO APPEAR
                                          )  TELEPHONICALLY]
22   SAN LUIS & DELTA-MENDOTA WATER       )
     AUTHORITY and WESTLANDS WATER        )
23   DISTRICT; CALIFORNIA FARM BUREAU     )
     FEDERATION; GLENN-COLUSA             )
24   IRRIGATION DISTRICT; and STATE       )
     WATER CONTRACTORS et al.,            )
25                                        )
            Defendant-Intervenors.        )
26   _____ )

27

28

     [PROPOSED] SCHEDULING ORDER — 1:06-CV-245 OWW LJO                    1

PDF created with pdfFactory trial version www.pdffactory.com

1    Upon being advised by the parties at the Scheduling Conference held on May 26, 2006,

2   that the U.S. Bureau of Reclamation has requested reinitiation of consultation with the National

3   Marine Fisheries Service on the effects of the long-term coordinated Central Valley Project and

4   State Water Project operations on all federally listed species and designated critical habitats

5   which may be affected by those operations and that this requested new consultation has raised

6   the possibility of stipulation as to at least some issues in this case, the Court now HEREBY

7   ORDERS:

8       1.    Within the next 55 days the parties shall confer and discuss possible stipulation as

9   to some or all issues in this case.  A further Status Conference shall be held on Friday, July 21,

10  2006 at 8:45 a.m., at which time the parties shall report to the Court progress on possible

11  stipulations, whether this case is moot or should be stayed, and whether briefing on summary

12  judgment motions should be scheduled.

13      2.    The Federal defendants shall lodge and certify the administrative record on or

14  before June 16, 2006.

15      3.    Any motions to supplement the administrative record shall be filed on or before

16  August 21, 2006; any responses to motions to supplement the record shall be filed on or before

17  September 4, 2006; and any replies in support of motions to supplement the record shall be filed

18  on or before September 18, 2006.  Hearing on motions to supplement the administrative record

19  shall be held on Friday, October 13, 2006, at 9:00 a.m.

20      4.    No further motions to intervene shall be filed later than Tuesday, July 25, 2006.

21      5.    Plaintiffs shall send their 60-day notice letter under the Endangered Species Act

22  ("ESA") relating to claims to be added to this case no later than Friday, June 2, 2006, and shall

23  file any amendment to the complaint setting forth these additional claims by no later than

24  Monday, September 11, 2006.

25

26

27  DATED:  June 1, 2006                    /s/ OLIVER W. WANGER
                                            HON. OLIVER W. WANGER
28                                          UNITED STATES DISTRICT JUDGE

[PROPOSED] SCHEDULING ORDER — 1:06-CV-245 OWW LJO                               2

PDF created with pdfFactory trial version www.pdffactory.com

1

Approved as to form:

2

DATED: May 31, 2006

3

/s/ Michael R. Sherwood
MICHAEL R. SHERWOOD
ANDREA A. TREECE

4

Attorneys for Plaintiffs

5

/s/ Katherine S. Poole (authorized 5/30/06)

6

HAMILTON CANDEE
KATHERINE S. POOLE

7

Attorneys for Plaintiff

8

Natural Resources Defense Council

9

SUE ELLEN WOOLDRIDGE,

10

Assistant Attorney General
United States Department of Justice

11

Environment and Natural Resources Division

12

JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Chief

13

14

KEITH RIZZARDI, Trial Attorney
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369

15

Washington, D.C. 20044-7369
Telephone: (202) 305-0207

16

Facsimile: (202) 305-0275

17

/s/ Keith Rizzardi (authorized 5/31/06)
KEITH RIZZARDI, Trial Attorney

18

Environment & Natural Resources Division
U.S. Department of Justice

19

501 I Street, Suite 9-700
Sacramento, CA  95814-2322

20

Attorneys for Federal Defendants

21

22

/s/ Daniel J. O'Hanlon (authorized 5/30/06)
DANIEL J. O'HANLON

23

JON D. RUBIN

24

Attorneys for Intervenors San Luis & Delta-
Mendota Water Authority and Westland Water

25

District

26

27

28

[PROPOSED] SCHEDULING ORDER — 1:06-CV-245 OWW LJO

3

PDF created with pdfFactory trial version www.pdffactory.com

1

/s/ Christian C. Scheuring (authorized 5/30/06)
BRENDA WASHINGTON DAVIS

2

CHRISTOPHER H. BUCKLEY, JR.
CHRISTIAN C. SCHEURING

3

GIBSON, DUNN & CRUTCHER

4

Attorneys for Intervenors
California Farm Bureau Federation

5

6

/s/ Andrew M. Hitchings (authorized 5/30/06)
ANDREW M. HITCHINGS

7

8

Attorney for Intervenors
Glenn-Colusa Irrigation District, *et al.*

9

10

/s/ Gregory Wilkinson (authorized 5/30/06)
GREGORY WILKINSON

11

Attorney for Intervenors State Water Contractors

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] SCHEDULING ORDER — 1:06-CV-245 OWW LJO

4

PDF created with pdfFactory trial version www.pdffactory.com