MICHAEL R. SHERWOOD, State Bar No. 63702
ANDREA A. TREECE, State Bar No. 237639
TRENT W. ORR, State Bar No. 77656
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
E-mail: msherwood@earthjustice.org
        atreece@earthjustice.org
Telephone:  (510) 550-6725
Facsimile:  (510) 550-6749

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875/6161

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*,<br><br>Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT; and STATE WATER CONTRACTORS et al.,<br><br>Defendant-Intervenors. | **SPECIAL NOTICE:  THIS ORDER AMENDED BY THE COURT ON PAGE 2**<br><br>Case No. 1:06-CV-245 OWW LJO<br><br>ORDER RE: SETTLEMENT NEGOTIATIONS AND SETTING FURTHER STATUS CONFERENCE<br><br>Date:        September 15, 2006<br>Time:        8:45 a.m.<br>Courtroom: 3<br>Judge:       Hon. Oliver W. Wanger<br><br>**[SOME PARTIES TO APPEAR TELEPHONICALLY]** |

On July 21, 2006, the Court held a Status Conference and was advised by the parties as to the status of negotiations between plaintiffs and the federal defendants concerning possible resolution of some or all issues in this case.  It appearing to the Court that plaintiffs and federal defendants should continue those negotiations and that defendant intervenors should also be brought into the negotiations, the Court now HEREBY ORDERS:

1.   By July 31, 2006, plaintiffs and federal defendants shall memorialize the status of their negotiations to date, including issues tentatively resolved and issues remaining to be resolved, and shall provide copies of such memorialization, together with any other correspondence documenting the negotiations between plaintiffs and federal defendants, to defendant intervenors.

2.   By August 30, 2006, defendant intervenors shall respond, in writing, to plaintiffs and federal defendants as to defendant intervenors' positions with respect to the possible resolution of some or all issues in this case.  Thereafter, all parties shall confer with a view towards the possible resolution of some or all issues in the case.

3.   All documents, communications, and other information exchanged by the parties in connection with the above-described negotiations are to be maintained as confidential and shall not be disclosed to any non-party to this case, or used for any purpose other than the furtherance of the negotiations, until further Order of this Court, except by mutual agreement of the parties.  The parties may, however, disclose any such documents, communications, and other information to their officers, employees and retained consultants as necessary and appropriate to further the negotiations **SUBJECT TO THIS PROTECTIVE ORDER.  OWW**.

4.   The Court will hold a further Status Conference on September 15, 2006, at 8:45 a.m. PST, at which time the parties shall report to the Court as to the progress of their negotiations and whether, in their view, further time for negotiations is warranted or whether the Court should set a briefing schedule for summary judgment or other motions.

/ / /

/ / /

/ / /

/ / /

/ / /

5.     The briefing schedule previously set for motions to supplement the administrative record and the October 13, 2006, hearing date previously set for such motions are hereby vacated, to be reset if necessary at the September 15, 2006 Status Conference.

DATED: July 28, 2006          /s/ OLIVER W. WANGER
                                            HON. OLIVER W. WANGER
                                            UNITED STATES DISTRICT JUDGE

Approved as to form:

DATED: July 25, 2006         /s/ Andrea A. Treece
                                            MICHAEL R. SHERWOOD
                                            ANDREA A. TREECE

                                            Attorneys for Plaintiffs

                                            /s/ Hamilton Candee (as authorized 7/25/06)
                                            HAMILTON CANDEE
                                            KATHERINE S. POOLE

                                            Attorneys for Plaintiff
                                            Natural Resources Defense Council


                                            SUE ELLEN WOOLDRIDGE,
                                            Assistant Attorney General
                                            United States Department of Justice
                                            Environment and Natural Resources Division

                                            JEAN E. WILLIAMS, Chief
                                            SETH M. BARSKY, Assistant Chief

                                            KEITH RIZZARDI, Trial Attorney
                                            Wildlife and Marine Resources Section
                                            Benjamin Franklin Station, P.O. Box 7369
                                            Washington, D.C. 20044-7369
                                            Telephone: (202) 305-0207
                                            Facsimile: (202) 305-0275

                                            /s/ Keith Rizzardi (as authorized 7/25/06)
                                            KEITH RIZZARDI, Trial Attorney
                                            Environment & Natural Resources Division
                                            U.S. Department of Justice
                                            501 I Street, Suite 9-700
                                            Sacramento, CA 95814-2322

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Attorneys for Federal Defendants

/s/ Daniel J. O'Hanlon (as authorized 7/25/06)
DANIEL J. O'HANLON
JON D. RUBIN

Attorneys for Intervenors San Luis & Delta-Mendota Water Authority and Westland Water District

/s/ Brenda Washington Davis (authorized 7/25/06)
BRENDA WASHINGTON DAVIS
CHRISTOPHER H. BUCKLEY, JR.
CHRISTIAN C. SCHEURING
GIBSON, DUNN & CRUTCHER

Attorneys for Intervenors
California Farm Bureau Federation

/s/ Andrew M. Hitchings (as authorized 7/25/06)
ANDREW M. HITCHINGS

Attorney for Intervenors
Glenn-Colusa Irrigation District, *et al.*

/s/ Gregory Wilkinson (as authorized 7/25/06)
GREGORY WILKINSON

Attorney for Intervenors State Water Contractors

ORDER RE: SETTLEMENT NEGOTIATIONS — 1:06-CV-245 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com