BILL LOCKYER
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
CLIFFORD T. LEE, State Bar No. 74687
Deputy Attorney General
DEBORAH A. WORDHAM, State Bar No. 180508
Deputy Attorney General
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA  94102-7004
   Telephone: (415) 703-5546
   Fax: (415) 703-5480
   Email: Cliff.Lee@doj.ca.gov

Attorneys for the California Department of Water Resources

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*<br><br>                    Defendants,<br><br>SAN LUIS & DELTA MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT; and STATE WATER CONTRACTORS *et al.*<br><br>                  Defendant-Intervenors. | Case No. 1:06-CV-245 OWW (LJO)<br><br>STIPULATION AND ORDER RE: AUGUST 1, 2006 ORDER |

    WHEREAS, on August 1, 2006 U.S. District Court Judge Oliver W. Wanger entered in the above-entitled action an Order re: Settlement Negotiations and Setting Further Status Conference wherein, among other matters, the Court issued a protective order regarding the disclosure of confidential settlement documents, communications and other information,

1   WHEREAS, paragraph 3 of said order provides that, "[a]ll documents, communications, and
2   other information exchanged by the parties in connection with the above-described negotiations are
3   to be maintained as confidential and shall not be disclosed to any non-party to this case, or used for
4   any purpose other than the furtherance of the negotiations, until further Order of this Court, except
5   by mutual agreement of the Parties. The parties may, however, disclose any such documents,
6   communications, and other information to their officers, employees and retained consultants as
7   necessary and appropriate to further the negotiations subject to this protective order,"

8   WHEREAS, the parties to the above-entitled action have agreed to allow the California
9   Department of Water Resources to participate fully in settlement discussions in this action, including
10  the review of all settlement proposals.

11  Accordingly, IT IS HEREBY STIPULATED by and among the parties, through their
12  respective counsel that, notwithstanding paragraph 3 of the August 1, 2006 order, the parties shall
13  disclose all confidential documents, communications, and other information relating to settlement
14  negotiations exchanged among all the parties to the California Department of Water Resources. The
15  California Department of Water Resources agrees that it will abide by the non-disclosure conditions
16  set forth in paragraph 3 of the August 1, 2006 order as to such documents, communications, and
17  other information.

24  DATED:                              /s/ Michael R. Sherwood (as authorized 8/21/06)
                                        MICHAEL R. SHERWOOD
25                                      ANDREA A. TREECE

26                                      Attorneys for Plaintiffs
                                        Pacific Coast Federation of Fishermen's Association,
27                                      et al.

28

Pacific Coast Federation of Fishermen's Assoc. et al v. Gutierrez:  Stip. and Order re July 28, 2006 Protective Order
Case No.  1:06-CV-245 OWW (LJO)
2

1  DATED:                                   SUE ELLEN WOOLDRIGE,
                                            Assistant Attorney General
2                                           U.S. Department of Justice
                                            Environment and Natural Resources Division
3
                                            JEAN E. WILLIAMS, Chief
4                                           SETH M. BARSKY, Assistant Chief
                                            KEITH RIZZARDI, Trial Attorney
5                                           Wildlife and Marine Resources Section

6                                           /s/ Keith W. Rizzardi (as authorized 8/22/06)
                                            KEITH RIZZARDI, Trial Attorney
7
                                            Attorneys for the Federal Defendants
8

9
   DATED:                                   /s/ Daniel J. O'Hanlon (as authorized 8/18/06)
10                                          DANIEL J O'HANLON
                                            JON D. RUBIN
11
                                            Attorneys for Intervenors San Luis & Delta-Mendota
12                                          Water Authority and Westlands Water District

13
   DATED:                                   /s/ Brenda Washington Davis (as authorized 8/21/06)
14                                          BRENDA WASHINGTON DAVIS
                                            CHRISTOPHER H. BUCKLEY, JR.
15                                          CHRISTIAN C. SCHEURING

16                                          Attorneys for Intervenor California Farm Bureau
                                            Federation
17

18 DATED:                                   /s/ Andrew M. Hitchings (as authorized 8/21/06)
                                            ANDREW M. HITCHINGS
19
                                            Attorney for Intervenors Glenn-Colusa Irrigation
20                                          District, et al.

21
   DATED:                                   /s/ Gregory K. Wilkinson (as authorized 8/21/06)
22                                          GREGORY K. WILKINSON

23                                          Attorney for Intervenor State Water Contractors

24
   DATED:  August 22, 2006                  /s/ Clifford T. Lee
25                                          CLIFFORD T. LEE
                                            DEBORAH A. WORDHAM
26
                                            Attorneys for the California Department of Water
27                                          Resources

28

Pacific Coast Federation of Fishermen's Assoc. et al v. Gutierrez:  Stip. and Order re July 28, 2006 Protective Order
Case No.  1:06-CV-245 OWW (LJO)

3

**ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

**Dated:   August 25, 2006**                         /s/ Oliver W. Wanger
emm0d6                                             UNITED STATES DISTRICT JUDGE

Pacific Coast Federation of Fishermen's Assoc. et al v. Gutierrez:  Stip. and Order re July 28, 2006 Protective Order
Case No.  1:06-CV-245 OWW (LJO)

4