SOMACH, SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN: 090959)
ANDREW M. HITCHINGS, ESQ. (SBN: 154554)
813 Sixth Street, Third Floor
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199

Attorneys for Intervenors
GLENN-COLUSA IRRIGATION DISTRICT, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CARLOS M. GUTIERREZ, et al. <br><br> Defendants. <br><br> SAN LUIS & DELTA MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, GLENN-COLUSA IRRIGATION DISTRICT, et al., and STATE WATER CONTRACTORS, et al. <br><br> Intervenors/Defendants. | Case No. C-06-00245 OWW LJO <br><br> STIPULATION AND ORDER CONTINUING FURTHER STATUS CONFERENCE <br><br> Date: September 15, 2006 <br> Time: 8:45 a.m. <br> Courtroom: 3 <br> Judge: Hon. Oliver W. Wanger <br><br> [SOME PARTIES TO APPEAR TELEPHONICALLY] |

WHEREAS, a status conference in this action is set for September 15, 2006 at 8:45 a.m.;

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE     1

1  WHEREAS, on September 19, 2006, at 12:00 p.m., this Court has scheduled a further status conference in another related action, *Natural Resources Defense Council, et al. v. Kempthorne, et al.*, Case No. C-05-01207 OWW LJO.

Accordingly, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the status conference currently set for September 15, 2006, be continued to September 19, 2006, at 12:00 p.m.

Dated: August 25, 2006                                SOMACH, SIMMONS & DUNN
                                                      A Professional Corporation

                                                      By_____
                                                           Andrew M. Hitchings
                                                           Attorneys for Intervenors GLENN-COLUSA
                                                           IRRIGATION DISTRICT, et al.

Dated: August 23, 2006                                /s/ Andrea A. Treece (as authorized on 8/23/06)
                                                           Michael Sherwood
                                                           Andrea A. Treece
                                                           Attorneys for Plaintiffs


                                                      /s/ Hamilton Candee (as authorized on 8/23/06)
                                                           Hamilton Candee
                                                           Katherine S. Poole
                                                           Attorneys for Plaintiff NATURAL
                                                           RESOURCES DEFENSE COUNCIL

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE                    2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: August 24, 2006 | SUE ELLEN WOOLDRIDGE<br>Assistant Attorney General<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br><br>JEAN E. WILLIAMS, Chief<br>SETH BARSKY, Assistant Chief<br><br>KEITH RIZZARDI, Trial Attorney<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0216<br>Facsimile: (202) 305-0275<br><br>By /s/ Keith Rizzardi (as authorized on 8/24/06)<br>Keith Rizzardi, Trial Attorney<br>Environment & Natural Resources Division<br>U.S. Department of Justice<br>501 I Street, Suite 9-700<br>Sacramento, CA 95814-2322<br>Attorneys for FEDERAL DEFENDANTS |
| Dated: August 23, 2006 | KRONICK, MOSKOVITZ, TIEDEMANN<br>& GIRARD<br><br>By /s/ Daniel J. O'Hanlon (as authorized on 8/23/06)<br>Daniel J. O'Hanlon<br>Attorneys for Intervenors SAN LUIS &<br>DELTA-MENDOTA WATER AUTHORITY<br>and WESTLANDS WATER DISTRICT |
| Dated: August 23, 2006 | /s/ Brenda Washington Davis<br>By (as authorized on 8/23/06)<br>Brenda Washington Davis<br>Christian C. Scheuring<br>Attorneys for Intervenor CALIFORNIA FARM<br>BUREAU FEDERATION |

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE    3

PDF created with pdfFactory trial version www.pdffactory.com

1  Dated: August 23, 2006                              BEST, BEST & KRIEGER, LLP

                                                      /s/ Gregory Wilkinson (as authorized on 8/23/06)
                                                          Gregory Wilkinson
                                                          Attorneys for Intervenor STATE WATER
                                                          CONTRACTORS

## **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing, the status conference is continued to **September 19, 2006**, at **12:00 p.m.**

**IT IS SO ORDERED**.


Dated: August _31, 2006                              /s/ OLIVER W. WANGER
                                                        Honorable Oliver W. Wanger
                                                        United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com

CERTIFICATE OF SERVICE

I am employed in the County of Sacramento; my business address is 813 Sixth Street, Third Floor, Sacramento, California; I am over the age of 18 years and not a party to the foregoing action.

On August 25, 2006, I served the following document(s) by e-filing a true and correct copy of the same with the Eastern District Court of California:

STIPULATION AND [PROPOSED] ORDER
CONTINUING FURTHER STATUS CONFERENCE

I also served by e-mail the below listed parties who are not currently receiving electronic notice from the Court in this action:

| | |
|---|---|
| J. Mark Atlas<br>Frost, Krup And Atlas<br>134 West Sycamore<br>Willows, CA 95988<br>Phone: (530) 934-5416<br>Fax: (530) 934-3508<br>Email: jma@jmatlaslaw.com | Attorneys for Intervenors<br>Princeton-Codora-Glenn Irrigation District and Provident Irrigation District |
| Kevin M. O'Brien<br>Steven P. Saxton<br>Downey Brand LLP<br>555 Capitol Mall, 10th Floor<br>Sacramento, CA 95814-4686<br>Phone: (916) 444-1000<br>Fax: (916) 444-2100<br>Email: kobrien@downeybrand.com<br>         ssaxton@dbsr.com | Attorneys for Intervenors<br>Reclamation District 108, Natomas Central Mutual Water Co., Pelger Mutual Water Co., River Garden Farms, and Pleasant Grove-Verona Mutual Water Company |
| David R. Owen<br>Rossmann and Moore LLP<br>380 Hayes Street, Suite 1<br>San Francisco, CA 94102<br>Phone: (415) 861-1401<br>Fax: (415) 861-1822<br>Email: dro@landwater.com | Attorneys for Plaintiff<br>Planning and Conserv Planning and Conservation League |

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 26, 2006, at Sacramento, California.

_____
Crystal Rivera

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE     5

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER STATUS CONFERENCE     6

PDF created with pdfFactory trial version www.pdffactory.com