MICHAEL R. SHERWOOD, State Bar No. 63702
ANDREA A. TREECE, State Bar No. 237639
TRENT W. ORR, State Bar No. 77656
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
E-mail: msherwood@earthjustice.org
        atreece@earthjustice.org
Telephone:  (510) 550-6725
Facsimile:  (510) 550-6749

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875/6161

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*, <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT; and STATE WATER CONTRACTORS et al., <br><br> Defendant-Intervenors. | Case No. 1:06-CV-245 OWW LJO <br><br> ORDER SETTING FURTHER STATUS CONFERENCE <br><br> Date:       October 19, 2006 <br> Time:       12:00 p.m. <br> Courtroom:  3 <br> Judge:      Hon. Oliver W. Wanger <br><br> **[SOME PARTIES TO APPEAR TELEPHONICALLY]** |

PROPOSED ORDER SETTING FURTHER STATUS CONFERENCE — 1:06-CV-245 OWW LJO            1

PDF created with pdfFactory trial version www.pdffactory.com

On September 19, 2006, the Court held a Status Conference in this matter, at which the parties advised the Court that further negotiations concerning possible resolution of some or all issues in this case would be appropriate.  The parties further advised the Court that they were in agreement that the time period within which Federal Defendants and Defendant-Intervenors must answer or otherwise respond to Plaintiffs' First Amended Complaint should be stayed pending the outcome of settlement negotiations.  Therefore, the Court now HEREBY ORDERS:

1. The parties shall continue to discuss the possibility of resolving some or all of the issues in this case without further litigation.

2. The Court will hold a further Status Conference on October 19, 2006, at 12:00 p.m. PST, at which time the parties shall report to the Court as to the progress of their negotiations and whether, in their view, further time for negotiations is warranted or whether the Court should set a briefing schedule for summary judgment or other motions.

3. The time period within which Federal Defendants and Defendant-Intervenors must answer or otherwise respond to Plaintiffs' First Amended Complaint, filed September 11, 2006, shall be stayed until the Court orders otherwise.

DATED: 10/12/06            ___/s/ Oliver W. Wanger_____
                           HON. OLIVER W. WANGER
                           UNITED STATES DISTRICT JUDGE

Approved as to form:

DATED:  October 11, 2006   /s/ Andrea A. Treece
                           MICHAEL R. SHERWOOD
                           ANDREA A. TREECE

                           Attorneys for Plaintiffs

                           /s/ Katherine S. Poole (as authorized 9/22/06)
                           HAMILTON CANDEE
                           KATHERINE S. POOLE

                           Attorneys for Plaintiff
                           Natural Resources Defense Council

PDF created with pdfFactory trial version www.pdffactory.com

```
                    SUE ELLEN WOOLDRIDGE,
                    Assistant Attorney General
                    United States Department of Justice
                    Environment and Natural Resources Division

                    JEAN E. WILLIAMS, Chief
                    SETH M. BARSKY, Assistant Chief

                    KEITH RIZZARDI, Trial Attorney
                    Wildlife and Marine Resources Section
                    Benjamin Franklin Station, P.O. Box 7369
                    Washington, D.C. 20044-7369
                    Telephone: (202) 305-0207
                    Facsimile: (202) 305-0275
```

/s/ Keith Rizzardi (as authorized  9/22/06)
KEITH RIZZARDI, Trial Attorney
Environment & Natural Resources Division
U.S. Department of Justice
501 I Street, Suite 9-700
Sacramento, CA  95814-2322

Attorneys for Federal Defendants


/s/ Daniel J. O'Hanlon (as authorized  9/22/06)
DANIEL J. O'HANLON
JON D. RUBIN

Attorneys for Intervenors San Luis & Delta-Mendota
Water Authority and Westland Water District


/s/ Brenda Washington Davis (as authorized  9/22/06)
BRENDA WASHINGTON DAVIS
CHRISTOPHER H. BUCKLEY, JR.
CHRISTIAN C. SCHEURING
GIBSON, DUNN & CRUTCHER

Attorneys for Intervenors
California Farm Bureau Federation


/s/ Andrew M. Hitchings (as authorized  9/22/06)
ANDREW M. HITCHINGS

Attorney for Intervenors
Glenn-Colusa Irrigation District, *et al.*


/s/ Gregory Wilkinson (as authorized  9/22/06)
GREGORY WILKINSON

Attorney for Intervenors State Water Contractors

PDF created with pdfFactory trial version www.pdffactory.com