1   MICHAEL R. SHERWOOD, State Bar No. 63702
    ANDREA A. TREECE, State Bar No. 237639
2   TRENT W. ORR, State Bar No. 77656
    Earthjustice
3   426 17th Street, 5th Floor
    Oakland, CA  94612
4   E-mail: msherwood@earthjustice.org
              atreece@earthjustice.org
5   Telephone:  (510) 550-6725
    Facsimile:  (510) 550-6749
6
    Attorneys for Plaintiffs
7
    HAMILTON CANDEE, State Bar No. 111376
8   KATHERINE POOLE, State Bar No. 195010
    Natural Resources Defense Council
9   111 Sutter St., 20th Floor
    San Francisco, CA  94104
10  hcandee@nrdc.org; kpoole@nrdc.org
    Telephone: 415/875-6100
11  Facsimile: 415/875/6161

12  Attorneys for Plaintiff NRDC

13
                    IN THE UNITED STATES DISTRICT COURT
14                  FOR THE EASTERN DISTRICT OF CALIFORNIA

15
    PACIFIC COAST FEDERATION OF          ) Case No. 1:06-CV-0245 OWW LJO
16  FISHERMEN'S ASSOCIATIONS/INSTITUTE   )           1:05-CV-1207 OWW LJO
    FOR FISHERIES RESOURCES, *et al.*,    )
17                                        )
              Plaintiffs,                 ) ORDER SCHEDULING MOTIONS AND
18                                        ) SETTING HEARING
         v.                               )
19                                        ) Date:      December 7, 2006
    CARLOS M. GUTIERREZ, in his official  ) Time:      9:00 a.m.
20  capacity as Secretary of Commerce, *et al.*, ) Courtroom: 3
                                          ) Judge:     Hon. Oliver W. Wanger
21            Defendants.                 )
                                          )
22                                        )
    SAN LUIS & DELTA-MENDOTA WATER        )
23  AUTHORITY and WESTLANDS WATER         )
    DISTRICT; CALIFORNIA FARM BUREAU      )
24  FEDERATION; GLENN-COLUSA             )
    IRRIGATION DISTRICT; and STATE WATER  )
25  CONTRACTORS, *et al.*,                 )
                                          )
26            Defendant-Intervenors.      )
                                          )
27  _____

28

    [PROPOSED] ORDER SCHEDULING MOTIONS AND SETTING HEARING — 1:06-CV-0245 OWW LJO     1

PDF created with pdfFactory trial version www.pdffactory.com

1    On October 19, 2006, the Court held a Status Conference in this matter, at which the parties

2   advised the Court that negotiations concerning possible resolution of some or all issues in this case

3   have reached an impasse.  Federal Defendants further advised the Court that they intend to file a

4   motion to consolidate this case with *Natural Resources Defense Council v. Kempthorne,* No. 05-CV-

5   01207 OWW LJO, and a motion to dismiss this case.  Plaintiffs advised the Court that they would

6   oppose both motions.  Defendant-Intervenors advised the Court that they intend to file a motion to

7   stay further proceedings in the case and may also join in the Federal Defendants' Motion to

8   Consolidate.

9        Now, therefore, the Court HEREBY ORDERS:

10       1.    Federal Defendants' Motion to Consolidate, lodged with the Court on October 13,

11  2006, shall be deemed filed as of October 19, 2006.

12       2.    Federal Defendants' Motion to Dismiss shall be filed no later than November 1, 2006.

13       3.    Defendant-Intervenors' Motion for Stay, and any joinder in the Federal Defendants'

14  Motion to Consolidate, shall be filed no later than November 1, 2006.

15       4.    Responses to all motions shall be filed no later than November 15, 2006.

16       5.    Replies in support of all motions shall be filed no later than November 22, 2006.

17       6.    The Court will hear the motions on December 7, 2006, at 9:00 a.m.

18       7.    The time period within which Federal Defendants and Defendant-Intervenors must

19  answer or otherwise respond to the First Amended Complaint, filed September 11, 2006, and within

20  which the Federal Defendants must supplement the Administrative Record, shall be stayed until

21  further order of the Court.

22

23  DATED: 10/24/06                    /s/ Oliver W. Wanger
                                       HON. OLIVER W. WANGER
24                                     UNITED STATES DISTRICT JUDGE

25    / / /

26    / / /

27    / / /

28    / / /

[PROPOSED] ORDER SCHEDULING MOTIONS AND SETTING HEARING — 1:06-CV-0245 OWW LJO       2

PDF created with pdfFactory trial version www.pdffactory.com

1

2

Approved as to form:

3    DATED:  October 23, 2006                 /s/ Michael R. Sherwood
                                              MICHAEL R. SHERWOOD
4                                             ANDREA A. TREECE

5                                             Attorneys for Plaintiffs

6                                             /s/ Katherine S. Poole (as authorized  10/23/06)
                                              HAMILTON CANDEE
7                                             KATHERINE S. POOLE

8                                             Attorneys for Plaintiff
                                              Natural Resources Defense Council
9

10                                            SUE ELLEN WOOLDRIDGE,
                                              Assistant Attorney General
11                                            United States Department of Justice
                                              Environment and Natural Resources Division
12
                                              JEAN E. WILLIAMS, Chief
13                                            SETH M. BARSKY, Assistant Chief

14                                            KEITH RIZZARDI, Trial Attorney
                                              Wildlife and Marine Resources Section
15                                            Benjamin Franklin Station, P.O. Box 7369
                                              Washington, D.C. 20044-7369
16                                            Telephone: (202) 305-0207
                                              Facsimile: (202) 305-0275
17
                                              /s/ Keith Rizzardi (as authorized 10/23/06)
18                                            KEITH RIZZARDI, Trial Attorney
                                              Environment & Natural Resources Division
19                                            U.S. Department of Justice
                                              501 I Street, Suite 9-700
20                                            Sacramento, CA  95814-2322

21                                            Attorneys for Federal Defendants

22
                                              /s/ Daniel J. O'Hanlon (as authorized 10/23/06)
23                                            DANIEL J. O'HANLON
                                              JON D. RUBIN
24
                                              Attorneys for Intervenors San Luis & Delta-Mendota
25                                            Water Authority and Westland Water District

26

27

28

[PROPOSED] ORDER SCHEDULING MOTIONS AND SETTING HEARING — 1:06-CV-0245 OWW LJO          3

PDF created with pdfFactory trial version www.pdffactory.com

1    /s/ Brenda Washington Davis (as authorized 10/23/06)
     BRENDA WASHINGTON DAVIS
2    CHRISTOPHER H. BUCKLEY, JR.
     CHRISTIAN C. SCHEURING
3    GIBSON, DUNN & CRUTCHER

4    Attorneys for Intervenors
     California Farm Bureau Federation
5

6    /s/ Andrew M. Hitchings (as authorized 10/23/06)
     ANDREW M. HITCHINGS
7
     Attorney for Intervenors
8    Glenn-Colusa Irrigation District, *et al.*

9
     /s/ Gregory Wilkinson (as authorized 10/23/06)
10   GREGORY WILKINSON

11   Attorney for Intervenors State Water Contractors

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com