# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/ INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, et al.,<br><br>　　Defendants,<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT; and STATE WATER CONTRACTORS, et al.,<br><br>　　Defendant-Intervenors. | 1:06-cv-0245 OWW LJO<br><br>SCHEDULING CONFERENCE ORDER<br><br>See All Dates Below |

I.   Date of Scheduling Conference.

　　January 5, 2007.

II.  Appearances Of Counsel.

　　Michael R. Sherwood, Esq., and Andrea A. Treece, Esq., appeared on behalf of Plaintiffs.

　　Keith Rizzardi, Esq., appeared on behalf of Defendant United

1

1  States.

2      Daniel O'Hanlon, Esq., appeared on behalf of San Luis &
3  Delta-Mendota Water Authority and Westlands Water District.

4      Chris Buckley, Esq., appeared on behalf of Intervenor
5  California Farm Bureau Federation.

6      Brenda Washington Davis, Esq., also appeared on behalf of
7  Intervenor California Farm Bureau Federation.

8      Christian C. Scheuring, Esq., also appeared on behalf of
9  Intervenor California Farm Bureau Federation.

10     Gregory Wilkinson, Esq., and Jason Ackerman, Esq., appeared
11 on behalf of State Water Contractors.

12     Andrew M. Hitchings, Esq., appeared on behalf of Intervenors
13 Glenn-Colusa Irrigation District, et al.

14 III.  Scheduling of Further Motions.

15     1.  Any motions objecting to the First Amended Complaint
16 shall be filed on or before February 2, 2007.  Any oppositions to
17 motions shall be filed on or before March 9, 2007.  A hearing on
18 any motions concerning the First Amended Complaint shall be held
19 March 26, 2007, at 11:00 a.m. in Courtroom 3.

20     2.  Regarding settling the Administrative Record, the
21 Federal Defendants shall lodge and certify the supplemental
22 Administrative Record on or before February 15, 2007.  The
23 parties shall have through and including March 8, 2007, for
24 negotiations regarding proposals to supplement the Administrative
25 Record.

26     3.  Any motions to supplement the Administrative Record
27 shall be filed on or before March 22, 2007.

28     4.  Any responses to motions to supplement the

Administrative Record shall be filed on or before April 5, 2007.

    5.   Any replies in support of motions to supplement the Administrative Record shall be filed on or before April 12, 2007.

    6.   The hearing on the motions to supplement the Administrative Record shall be April 26, 2007, at 12:00 p.m. in Courtroom 3.

    7.   The following schedule will be adopted for the cross-motions for summary judgment.

    8.   Plaintiffs shall file their motions for summary judgment on or before May 23, 2007.  All oppositions to Plaintiffs' motion for summary judgment shall be filed with any cross-motions for summary judgment on or before June 13, 2007.  Plaintiffs' replies in support of their motion for summary judgment and opposition to cross-motions for summary judgment shall be filed on or before July 3, 2007.  Federal Defendants and Defendant-Intervenors' replies in support of cross-motions for summary judgment shall be filed on or before July 17, 2007.

    9.   The hearing on cross-motions for summary judgment shall be August 20, 2007, at 11:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:  January 9, 2007**          **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE