BRENDA WASHINGTON DAVIS, State Bar No. 133087
RONDA AZEVEDO LUCAS, State Bar No. 222244
CHRISTIAN C. SCHEURING, State Bar No. 208807
2300 River Plaza Drive
Sacramento, California 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691

CHRISTOPHER H. BUCKLEY, JR.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 887-3621
Facsimile: (202) 530-9535

*Attorneys for Defendant-Intervenor*
*California Farm Bureau Federation*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants, <br> and <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT; and STATE WATER CONTRACTORS, *et al.* <br><br> Defendant-Intervenors. | Case No.: 06-00245 OWW LJO <br><br> **STIPULATION AND ORDER RE: JANUARY 9, 2007 SCHEDULING CONFERENCE ORDER** <br><br> Courtroom: 3 <br> Judge:   Hon. Oliver W. Wanger |

STIP & ORDER RE JANUARY 9, 2007
SCHEDULING CONFERENCE ORDER                1                                Case No.: 06-00245 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on January 9, 2007 U.S. District Court Judge Oliver W. Wanger entered in the above-entitled action a Scheduling Conference Order ("Order") wherein, among other matters, the Court stated in Paragraph III.1. that "[a]ny motions objecting to the First Amended Complaint shall be filed on or before February 2, 2007.  Any oppositions to motions shall be filed on or before March 9, 2007.  A hearing on any motions concerning the First Amended Complaint shall be held March 26, 2007, at 11:00 a.m. in Courtroom 3."

WHEREAS, the parties and the Court agreed that any oppositions to motions objecting to the First Amended Complaint be filed on or before March 2, 2007, and that any replies in support of motions objecting to the First Amended Complaint be filed on or before March 9, 2007.

Accordingly, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that Paragraph III.1. of the Order is hereby corrected to read:

1. Any motions objecting to the First Amended Complaint shall be filed on or before February 2, 2007.  Any oppositions to motions shall be filed on or before March 2, 2007.  Any replies in support of motions shall be filed on or before March 9, 2007.  A hearing on any motions concerning the First Amended Complaint shall be held March 26, 2007, at 11:00 a.m. in Courtroom 3.

DATED:  January 18, 2007           /s/ Brenda Washington Davis
                                   BRENDA WASHINGTON DAVIS
                                   CHRISTOPHER H. BUCKLEY, JR.
                                   CHRISTIAN C. SCHEURING

                                   Attorneys for Intervenor California Farm Bureau Federation


DATED:                             /s/ Andrea A. Treece (as authorized 1-12-07)
                                   MICHAEL R. SHERWOOD
                                   ANDREA A. TREECE

                                   Attorneys for Plaintiffs
                                   Pacific Coast Federation of Fishermen's Association, et al.

STIP & ORDER RE JANUARY 9, 2007                                    Case No.: 06-00245 OWW LJO
SCHEDULING CONFERENCE ORDER            2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: | SUE ELLEN WOOLDRIGE,<br>Assistant Attorney General<br>U.S. Department of Justice<br>Environment and Natural Resources Division<br><br>JEAN E. WILLIAMS, Chief<br>SETH M. BARSKY, Assistant Chief<br><br>/s/ William Shapiro (as authorized 1-18-07)<br>KEITH RIZZARDI, Trial Attorney<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C.  20044-7369<br>Telephone:  (2029) 305-0207<br>Facsimile:  (202) 305-0275<br><br>WILLIAM SHAPIRO, Trial Attorney<br>Environment & Natural Resources Division<br>U.S. Department of Justice<br>501 I Street, Suite 9-700<br>Sacramento, CA  95814-2322<br><br>Attorneys for the Federal Defendants |
| DATED: | /s/ Daniel J. O'Hanlon (as authorized 1-12-07)<br>DANIEL J O'HANLON<br>JON D. RUBIN<br><br>Attorneys for Intervenors San Luis &<br>Delta-Mendota Water Authority<br>and Westlands Water District |
| DATED: | /s/ Andrew M. Hitchings (as authorized 1-15-07)<br>ANDREW M. HITCHINGS<br><br>Attorney for Intervenors Glenn-Colusa Irrigation<br>District, et al. |
| DATED: | /s/ Gregory K. Wilkinson (as authorized 1-12-07)<br>GREGORY K. WILKINSON<br><br>Attorney for Intervenor State Water Contractors |

STIP & ORDER RE JANUARY 9, 2007                                              Case No.: 06-00245 OWW LJO
SCHEDULING CONFERENCE ORDER            3

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

DATED:     January 18, 2007          /s/ OLIVER W. WANGER
                                     The Honorable Oliver W. Wanger
                                     United States District Judge

STIP & ORDER RE JANUARY 9, 2007                          Case No.: 06-00245 OWW LJO
SCHEDULING CONFERENCE ORDER          4

PDF created with pdfFactory trial version www.pdffactory.com