BRENDA WASHINGTON DAVIS, State Bar No. 133087
California Farm Bureau Federation
2300 River Plaza Drive
Sacramento, California 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691

CHRISTOPHER H. BUCKLEY, JR.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 887-3621
Facsimile: (202) 530-9535

*Attorneys for Defendant-Intervenor
California Farm Bureau Federation*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants, <br> and <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT; CALIFORNIA FARM BUREAU FEDERATION; GLENN-COLUSA IRRIGATION DISTRICT; and STATE WATER CONTRACTORS, *et al.* <br><br> Defendant-Intervenors. | Case No.: 06-00245 OWW NEW (TAG) <br><br> **STIPULATION AND ORDER REVISING BRIEFING SCHEDULE** <br><br> Date: May 11, 2007 <br> Time: 12:00 p.m. <br> Judge: Hon. Oliver W. Wanger <br> Courtroom: 3 |

WHEREAS, on January 10, 2007, the Honorable Oliver W. Wanger entered an order setting the current briefing schedule for this action;

WHEREAS, such order set a deadline of March 8, 2007 for the parties to conclude negotiations regarding proposals to supplement the Administrative Record.

WHEREAS, according to this Stipulation, Federal Defendants and Plaintiffs have agreed, on certain terms, to supplement the record with various materials submitted by Plaintiffs, certain other documents or information regarding documents previously identified by Federal Defendants as privileged, as well as certain evidence admitted by this Court in the related action *Natural Resources Defense Council, et al. v. Norton, et al.* (No. 1:05-CV-01207);

WHEREAS, under Federal Defendants' and Plaintiffs' March 22, 2007 Stipulation regarding the Administrative Record, Federal Defendants have agreed, on or before March 30, 2007, to provide to the parties an index of all supplements to the Administrative Record, as well as certain redactions and additional information regarding the materials previously identified by Federal Defendants as privileged;

WHEREAS, under said Stipulation, Federal Defendants have agreed to provide the parties copies of the subject documents by April 16, 2007;

WHEREAS, Defendant-Intervenors shall not, therefore, in advance of the originally scheduled April 5, 2007 deadline for responses to any motion to supplement the administrative record, have had an opportunity to review any of the materials referenced in Federal-Defendants' and Plaintiffs' Stipulation, with the exception of those materials previously admitted by this Court in the related action *Natural Resources Defense Council, et al. v. Norton, et al.* (No. 1:05-CV-01207);

Accordingly, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the current April 5, 2007 deadline for Defendant-Intervenors to file any responses to Federal Defendants' and Plaintiffs' March 22, 2007 Stipulation regarding the Administrative Record be postponed until April 27, 2007, and the remaining briefing schedule be modified in the following manner:

Any replies in support of Federal Defendants' and Plaintiffs' March 22, 2007 Stipulation shall be filed on or before May 4, 2007;

The hearing on Federal Defendants' and Plaintiffs' March 22, 2007 Stipulation shall be May 11, 2007, at 12:00 p.m., in Courtroom 3, or at such time as set by the Honorable Oliver W. Wanger.

The hearing on the motions to dismiss previously set for May 7, 2007 at 11:00 a.m. will be held on May 11, 2007 as well at 12:00 p.m.

As a condition of the above described changes to the briefing schedule, Plaintiffs have requested and the parties, through their respective counsel, HEREBY FURTHER STIPULATE that the above described changes shall not modify the existing schedule for briefing of the merits in this action, including Plaintiffs' May 23, 2007 deadline for the filing of a Motion for Summary Judgment;

As a separate condition of this Stipulation, Defendant-Intervenors hereby reserve the right to object, prior to any *in camera* review by the Court, to the admission of further disclosures relating to materials previously identified by Federal-Defendants as privileged, notwithstanding Federal Defendants' and Plaintiffs' March 22, 2007 Stipulation in this regard, and notwithstanding any objections raised by Plaintiffs with respect to such materials.

Dated: April 4, 2007      By   /s/ Brenda Washington Davis
                               Brenda Washington Davis
                               Attorney for DEFENDANT-INTERVENOR
                               California Farm Bureau Federation

                               Christopher H. Buckley
                               Attorney for DEFENDANT-INTERVENOR
                               California Farm Bureau Federation

Dated: April __, 2007
                               BEST BEST & KRIEGER LLP


                               /s/ Gregory K. Wilkinson (as authorized 4/3/07)
                               GREGORY K. WILKINSON
                               JASON M. ACKERMAN
                               Attorneys for DEFENDANT-INTERVENOR
                               State Water Contractors

STIPULATION AND [PROPOSED] ORDER      2      Case No. 06-00245 OWW NEW (TAG)
REVISING BRIEFING SCHEDULING

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: April __, 2007 | | |
| | By | /s/ Daniel J. O'Hanlon (as authorized 4/3/07)<br>Daniel J. O'Hanlon<br>Attorney for DEFENDANT-INTERVENORS<br>San Luis & Delta-Mendota Water Authority and<br>Westlands Water District |
| Dated: April __, 2007 | | |
| | | MATTHEW J. MCKEOWN<br>Acting Assistant Attorney General<br>JEAN E. WILLIAMS, Section Chief<br>SETH BARSKY, Assistant Section Chief |
| | By | /s/ Keith Rizzadi (as authorized 4/4/07)<br>Keith Rizzardi<br>William Shapiro<br>Trial Attorneys<br>Environment & Natural Resources Division<br>U.S. Department of Justice<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0207<br>Facsimile: (202) 305-0275<br>Attorneys for FEDERAL DEFENDANTS |
| Dated: April __, 2007 | | |
| | By | /s/ Andrea A. Treece (as authorized 4/4/07)<br>Trent W. Orr<br>Andrea A. Treece<br>Hamilton Candee<br>Attorneys for PLAINTIFFS |
| Dated: April __, 2007 | | |
| | By | /s/ Andrew M. Hitchings (as authorized 4/3/07)<br>Andrew M. Hitchings<br>Somach, Simmons & Dunn<br>Attorney for DEFENDANT-INTERVENORS<br>Glenn-Colusa Irrigation District, et al. |

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated:  4/6/07                                         /s/ Oliver W. Wanger
                                                       Honorable Oliver W. Wanger
                                                       United States District Judge

STIPULATION AND [PROPOSED] ORDER          4          Case No. 06-00245 OWW NEW (TAG)
REVISING BRIEFING SCHEDULING

PDF created with pdfFactory trial version www.pdffactory.com