MICHAEL R. SHERWOOD, State Bar No. 63702
ANDREA A. TREECE, State Bar No. 237639
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org
atreece@earthjustice.org
Telephone:  (510) 550-6725
Facsimile:  (510) 550-6749

TRENT W. ORR, State Bar No. 077656
953 Clayton Street, #5
San Francisco, CA  94117
torr@earthjustice.org
Telephone:  415/665-2185
Facsimile:  415/665-2592

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875/6161

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*, <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*, <br><br> Defendant-Intervenors. | Case No. 1:06-CV-245 OWW LJO <br><br> STIPULATION AND ORDER REVISING BRIEFING SCHEDULE AND SETTING PAGE LIMITS <br><br> Date:  August 27, 2007 <br> Time:  10:00 a.m. <br> Courtroom: 3 <br> Judge:  Hon. Oliver W. Wanger |

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on January 10, 2007, the Court entered a Scheduling Conference Order in which, among other things, the Court established a schedule for the filing and briefing of motions and cross-motions for summary judgment, but did not set page limits for said briefing, and WHEREAS at the hearing on various matters on May 11, 2007, the parties discussed with the Court the matter of page limits and also extending the dates that certain briefs shall be due, NOW THEREFORE it is hereby stipulated and agreed by the parties, subject to approval by the Court, that the briefing schedule shall be modified as follows:

May 25, 2007:   Plaintiffs' motion for summary judgment and brief in support thereof due, said brief to be no longer than 50 pages.

June 22, 2007:   Federal Defendants' cross-motion for summary judgment and brief in support thereof and in opposition to plaintiffs' motion for summary judgment due, said brief to be no longer than 50 pages.

Defendant-intervenors San Luis-Delta Mendota Water Authority and Westlands Water District ("Westlands") and California Farm Bureau Federation ("Farm Bureau")s' cross-motion for summary judgment and brief in support thereof and in opposition to plaintiffs' motion for summary judgment due.  Westlands and Farm Bureau shall file a single joint brief, said brief to be no longer than 25 pages.

Defendant-intervenor State Water Contractors' ("SWC") cross-motion for summary judgment and brief in support thereof and in opposition to plaintiffs' motion for summary judgment due, said brief to be no longer than 25 pages.

July 13, 2007:   Plaintiffs' reply brief and opposition to Defendant parties' cross-motions due, said brief to be no longer than 70 pages.

STIPULATION AND ORDER REVISING BRIEFING SCHEDULE
AND SETTING PAGE LIMITS — 1:06-CV-245 OWW LJO

2

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| July 27, 2007: | | Federal Defendants' reply due, said reply to be no longer than 30 pages. |
| | | Westlands, Farm Bureau, and SWC shall jointly file a single reply brief that shall be no longer than 20 pages. |
| August 27, 2007 at 10 a.m.: | | Hearing on motions for summary judgment. |

Briefing will address the question of Federal Defendants' liability on the merits, with any briefing necessary to address the question of remedies to follow the Court's decision on liability.

                                              Respectfully submitted,

DATED: May 22, 2007                <u>/s/ Michael R. Sherwood</u>
                                          MICHAEL R. SHERWOOD
                                          ANDREA A. TREECE

                                          Attorneys for Plaintiffs

                                          SUE ELLEN WOOLDRIDGE,
                                          Assistant Attorney General
                                          United States Department of Justice
                                          Environment and Natural Resources Division

                                          JEAN E. WILLIAMS, Chief
                                          SETH M. BARSKY, Assistant Chief

                                          <u>/s/ William Shapiro (authorized 5/21/ /07)</u>
                                          KEITH RIZZARDI, Trial Attorney
                                          Wildlife and Marine Resources Section
                                          Benjamin Franklin Station, P.O. Box 7369
                                          Washington, D.C. 20044-7369
                                          Telephone: (202) 305-0207
                                          Facsimile: (202) 305-0275

                                          WILLIAM SHAPIRO, Trial Attorney
                                          Environment & Natural Resources Division
                                          U.S. Department of Justice
                                          501 I Street, Suite 9-700
                                          Sacramento, CA  95814-2322

                                          Attorneys for Federal Defendants

PDF created with pdfFactory trial version www.pdffactory.com

/s/ Daniel J. O'Hanlon (authorized 5/21//07)
DANIEL J. O'HANLON
JON D. RUBIN

Attorneys for Intervenors San Luis & Delta-Mendota
Water Authority and Westland Water District

/s/ Christian C. Scheuring (authorized 5/21/07)
BRENDA WASHINGTON DAVIS
CHRISTOPHER H. BUCKLEY, JR.
CHRISTIAN C. SCHEURING
GIBSON, DUNN & CRUTCHER

Attorneys for Intervenors
California Farm Bureau Federation

/s/ Andrew M. Hitchings (authorized 5/21/07)
ANDREW M. HITCHINGS

Attorney for Intervenors
Glenn-Colusa Irrigation District, *et al.*

/s/ Gregory Wilkinson (authorized 5/21/07)
GREGORY WILKINSON

Attorney for Intervenors State Water Contractors

**IT IS SO ORDERED.**

DATED: 5/23/2007              /s/ Oliver W. Wanger
                              HONORABLE OLIVER W. WANGER
                              United States District Judge

STIPULATION AND ORDER REVISING BRIEFING SCHEDULE
AND SETTING PAGE LIMITS — 1:06-CV-245 OWW LJO                    4

PDF created with pdfFactory trial version www.pdffactory.com