**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br>     Plaintiffs, <br><br> vs. <br><br> CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, *et al.*, <br><br>     Defendants, <br><br> and <br><br> SAN LUIS & DELTA MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, GLENN-COLUSA IRRIGATION DISTRICT, and STATE WATER CONTRACTORS, *et al.* <br><br>     Intervenors/Defendants. | Case No. 1:06-CV-245 OWW LJO <br><br> **ORDER RE: MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND RESPONSE** |

This Court hereby grants *Federal Defendants' Motion for Extension of Time*, Docket No. 153, and **ORDERS** that the schedule for briefing of this case, as otherwise approved in Docket No. 144, is hereby amended to allow Federal Defendants and Defendant-Intervenors to file cross-motions for summary judgment (and responses to Plaintiffs' motion for summary judgment, Docket No. 145) on June 27, 2007.[1]  The schedule remains otherwise unchanged.

IT IS SO ORDERED.

Dated:   **June 22, 2007**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE

---

[1] Federal Defendants' motion for a "three-day" extension of time included a clerical error and reference to July 27, instead of June 27.  The Court hereby corrects the error.