MICHAEL R. SHERWOOD, State Bar No. 63702
ANDREA A. TREECE, State Bar No. 237639
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org
atreece@earthjustice.org
Telephone:  (510) 550-6725
Facsimile:  (510) 550-6749

TRENT W. ORR, State Bar No. 077656
953 Clayton Street, #5
San Francisco, CA  94117
torr@earthjustice.org
Telephone:  415/665-2185
Facsimile:  415/665-2592

Attorneys for Plaintiffs

HAMILTON CANDEE, State Bar No. 111376
KATHERINE POOLE, State Bar No. 195010
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
hcandee@nrdc.org; kpoole@nrdc.org
Telephone: 415/875-6100
Facsimile: 415/875/6161

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*, <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*, <br><br> Defendant-Intervenors. | Case No. 1:06-CV-0245 OWW TAG <br><br> REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE AMENDED COMPLAINT <br><br> ORDER |

REQUEST FOR EXTENSION OF TIME — 1:06-CV-0245 OWW TAG                                                                       1

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs hereby respectfully request an extension of eleven (11) days within which to file an amended complaint in this case. The grounds for such request are as follows:

1.    On June 15, 2007, the Court issued its Memorandum Decision and Order Granting Defendants' Motion To Dismiss For Lack of Subject Matter Jurisdiction ("Decision and Order") in this case. In the Decision and Order the Court granted defendants' motion to dismiss the Seventh Claim for Relief under the National Environmental Policy Act ("NEPA"), but "with leave to amend." Decision and Order at 39. The Court further ordered that "Any amendment shall be filed within 10 days following the service of this decision." *Id.* at 40.

2.    Ten days following the service of the Decision and Order is today, Monday June 25, 2007.

3.    Immediately after the Decision and Order was filed, a crisis developed with respect to delta smelt, the subject of the related case of *Natural Resources Defense Council v. Kempthorne,* Civ. No. 5-01207 OWW LJO ("*NRDC*"). That crisis wholly consumed the time of undersigned counsel and his co-counsel in this case from June 15, 2007 until the hearing on plaintiffs' motion for a temporary restraining order and preliminary injunction in *NRDC* held before this Court on Friday, June 22, 2007.

4.    As a result, undersigned counsel has had no opportunity to review carefully the June 15, 2007 Decision and Order and to discuss with plaintiffs their options and possible courses of action in light of the Decision and Order. Counsel is, however, now able to do that and, if plaintiffs decide to amend their complaint, to file any amendment within the next eleven (11) days, or by Friday, July 6, 2007. (Plaintiffs request eleven days rather than ten because July 4, 2007 is a holiday.)

5.    On June 25, 2007, undersigned counsel e-mailed counsel for federal defendants and defendant-intervenors to ascertain their positions regarding this request. As of 4:30 p.m., counsel for federal defendants had not replied; counsel for defendant-intervenor Glenn-Colusa Irrigation District, *et al.* stated that he had no objection; and counsel for defendant-intervenors State Water Contractors, *et al.* and defendant-intervenors California Farm Bureau, *et al.* stated that they would agree to this request only if plaintiffs agreed to postpone the existing summary judgment briefing

PDF created with pdfFactory trial version www.pdffactory.com

and hearing dates should plaintiffs decide to amend their complaint.

DATED: June 25, 2007                        Respectfully submitted,

<u>/s/ Michael R. Sherwood</u>
MICHAEL R. SHERWOOD
ANDREA A. TREECE
TRENT W. ORR

Attorneys for Plaintiffs

KATHERINE S. POOLE
HAMILTON CANDEE

Attorneys for Plaintiff
Natural Resources Defense Council

**ORDER:** Good cause appearing, it is hereby ORDERED that plaintiffs shall have until July 5, 2007 within which to file an amended complaint in this case.

DATED: 6/26/2007                            <u>/s/ Oliver W. Wanger</u>
HONORABLE OLIVER W. WANGER
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com