**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, *et al.*,<br><br>Defendants,<br><br>and<br><br>SAN LUIS & DELTA MENDOTA WATER AUTHORITY, WESTLANDS WATER DISTRICT, CALIFORNIA FARM BUREAU FEDERATION, GLENN-COLUSA IRRIGATION DISTRICT, and STATE WATER CONTRACTORS, *et al.*<br><br>Intervenors/Defendants. | Case No. 1:06-CV-245 OWW LJO<br><br>**AMENDED ORDER RE: MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT AND RESPONSE** |

This Court hereby grants *Federal Defendants' Motion for Extension of Time*, Docket No. 153, and **ORDERS** that the schedule for briefing of this case, as otherwise approved in Docket No. 144, is hereby amended to allow Federal Defendants and Defendant-Intervenors to file cross-motions for summary judgment (and responses to Plaintiffs' motion for summary judgment, Docket No. 145) on June 27, 2007. Plaintiffs may file their responsive documents on July 18, 2007, and Federal Defendants and Defendant-Intervenors may file replies on July 30, 2007. The hearing date remains scheduled for August 27, 2007. By agreement of the parties, this order replaces the Court's prior order on this matter, Docket No. 156.

IT IS SO ORDERED.

**Dated:    June 27, 2007**                         /s/ Oliver W. Wanger
                                                                UNITED STATES DISTRICT JUDGE