1   MICHAEL R. SHERWOOD, State Bar No. 63702
    ANDREA A. TREECE, State Bar No. 237639
2   Earthjustice
    426 17th Street, 5th Floor
3   Oakland, CA  94612
    msherwood@earthjustice.org
4   atreece@earthjustice.org
    Telephone:  (510) 550-6725
5   Facsimile:  (510) 550-6749

6   TRENT W. ORR, State Bar No. 077656
    953 Clayton Street, #5
7   San Francisco, CA  94117
    torr@earthjustice.org
8   Telephone:  415/665-2185
    Facsimile:  415/665-2592

9
    Attorneys for Plaintiffs
10

11  HAMILTON CANDEE, State Bar No. 111376
    KATHERINE POOLE, State Bar No. 195010
    Natural Resources Defense Council
12  111 Sutter St., 20th Floor
    San Francisco, CA  94104
13  hcandee@nrdc.org; kpoole@nrdc.org
    Telephone: 415/875-6100
14  Facsimile: 415/875/6161

15  Attorneys for Plaintiff NRDC

16                     IN THE UNITED STATES DISTRICT COURT
17                    FOR THE EASTERN DISTRICT OF CALIFORNIA

18
    PACIFIC COAST FEDERATION OF          )  Case No. 1:06-CV-0245 OWW LJO
19  FISHERMEN'S ASSOCIATIONS/INSTITUTE   )
    FOR FISHERIES RESOURCES, et al.,     )
20                                       )  STIPULATION REGARDING AMENDMENT
                  Plaintiffs,            )  OF COMPLAINT TO ADD NEPA CLAIM
21                                       )  AND RELATED BRIEFING
             v.                          )
22                                       )
    CARLOS M. GUTIERREZ, in his official )   ORDER
23  capacity as Secretary of Commerce et al., )
                                         )
24                Defendants.            )
                                         )
25                                       )
    SAN LUIS & DELTA-MENDOTA WATER       )
26  AUTHORITY, et al.,                   )
                                         )
27                Defendant-Intervenors. )
    _____)
28

    STIPULATION REGARDING AMENDMENT OF COMPLAINT — 1:06-CV-245 OWW LJO          1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS on June 15, 2007, the Court issued its Memorandum Decision and Order Granting Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction ("Decision and Order") in which the Court dismissed the Seventh Claim for Relief in the First Amended Complaint ("complaint") regarding alleged violation of the National Environmental Policy Act ("NEPA"), but which also granted plaintiffs leave to amend the Complaint; and

WHEREAS briefing on cross-motions for summary judgment on the remaining six claims for relief in the complaint is underway, with final briefs due July 30, 2007 and hearing on cross-motions for summary judgment set for August 27, 2007; and

WHEREAS the parties do not wish to delay or postpone the on-going summary judgment briefing or the August 27, 2007 hearing on cross-motions for summary judgment on the remaining six claims for relief;

NOW THEREFORE the parties hereby stipulate[1], subject to approval and order of the Court, as follows:

1.      Plaintiffs shall have thirty (30) days after the Court renders its decision on the pending cross-motions for summary judgment within which to file any amendment to the First Amended Complaint relating to the NEPA claim that the Court has dismissed.

2.      If plaintiffs choose to so amend the complaint, then federal defendants and defendant-intervenors shall have thirty (30) days to respond to the amended complaint.  Within that thirty-day period, the parties shall confer and attempt to agree upon the scheduling of any further briefing as may be needed with respect to the amended complaint and NEPA claim, and shall submit to the Court for its approval any such agreed-upon briefing schedule.

---

[1] Federal defendants do not join in this stipulation.  An e-mail dated July 2, 2007 from counsel for federal defendants, Keith Rizzardi, states in full:  "Federal Defendants do not join the stipulation, and further reserve all rights to object to any motion to amend the complaint, or to oppose the amended complaint, whenever filed."  Plaintiffs point out that the Court has already granted plaintiffs leave to file an amended complaint.  *See* Memorandum Decision and Order Granting Defendants' Motion To dismiss for Lack of Subject Matter Jurisdiction (Doc. 150) at 39 (motion to dismiss NEPA claim "is GRANTED WITH LEAVE TO AMEND") (upper case in original).  Therefore, a motion for leave to file an amended complaint is not at issue, but only the timing of that filing.  Plaintiffs further point out that the stipulation specifically preserves federal defendants' and defendant-intervenors' right "to respond to" the amended complaint, whenever filed, however they deem appropriate including opposing it.

PDF created with pdfFactory trial version www.pdffactory.com

1    3.    If plaintiffs choose not to amend the complaint, then the Court's Decision and Order

2  shall become a final ruling and judgment on the NEPA claim.

3  DATED:  July 5, 2007                    Respectfully submitted,

4

5                                          /s/ Michael R. Sherwood
                                           MICHAEL R. SHERWOOD
                                           ANDREA A. TREECE
6                                          TRENT W. ORR

7                                          Attorneys for Plaintiffs

8                                          KATHERINE S. POOLE
                                           HAMILTON CANDEE
9
                                           Attorneys for Plaintiff
10                                         Natural Resources Defense Council

11

12                                         RONAL J. TENPAS
                                           Acting Assistant Attorney General
13                                         United States Department of Justice
                                           Environment and Natural Resources Division
14
                                           JEAN E. WILLIAMS, Chief
15                                         SETH M. BARSKY, Assistant Chief

16                                         (Opposed)
                                           KEITH RIZZARDI, Trial Attorney
17                                         Wildlife and Marine Resources Section
                                           Benjamin Franklin Station, P.O. Box 7369
18                                         Washington, D.C. 20044-7369
                                           Telephone: (202) 305-0207
19                                         Facsimile: (202) 305-0275

20                                         WILLIAM SHAPIRO, Trial Attorney
                                           Environment & Natural Resources Division
21                                         U.S. Department of Justice
                                           501 I Street, Suite 9-700
22                                         Sacramento, CA  95814-2322

23                                         Attorneys for Federal Defendants

24

25                                         /s/ Daniel J. O'Hanlon (authorized 7/5/07)
                                           DANIEL J. O'HANLON
26                                         JON D. RUBIN

27                                         Attorneys for Intervenors San Luis & Delta-Mendota
                                           Water Authority and Westland Water District
28

STIPULATION REGARDING AMENDMENT OF COMPLAINT — 1:06-CV-245 OWW LJO          3

PDF created with pdfFactory trial version www.pdffactory.com

1

2      /s/ Christian C. Scheuring (authorized 7/5/07)
       CHRISTIAN C. SCHEURING
3      GIBSON, DUNN & CRUTCHER
       BRENDA WASHINGTON DAVIS
       CHRISTOPHER H. BUCKLEY, JR.
4
       Attorneys for Intervenors
5      California Farm Bureau Federation

6

7      /s/ Andrew M. Hitchings (authorized 7/5/07)
       ANDREW M. HITCHINGS
8
       Attorney for Intervenors
9      Glenn-Colusa Irrigation District, *et al.*

10

11     (Unavailable)
       GREGORY WILKINSON
12     JASON ACKERMAN

13     Attorney for Intervenors State Water Contractors

14

15     **APPROVED AND SO ORDERED.**

16

17     DATED: 7/6/2007          /s/ Oliver W. Wanager
                                HONORABLE OLIVER W. WANGER
18                              United States District Judge

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING AMENDMENT OF COMPLAINT — 1:06-CV-245 OWW LJO          4

PDF created with pdfFactory trial version www.pdffactory.com