UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Coast Federation of Fishermen's Associations / Institute for Fisheries Resources, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Carlos M. Gutierrez, in his official capacity as Secretary of Commerce, et al., <br><br> Defendants, <br><br> San Luis & Delta-Mendota Water Authority, et al., <br><br> Defendant-Intervenors. | 1:06-cv-00245-OWW-NEW <br><br> ORDER RE: MOTION FOR RECONSIDERATION AND REQUEST FOR CLARIFICATION OF COURT'S ORDER RE: PLAINTIFFS' AND FEDERAL DEFENDANTS' MOTION TO SUPPLEMENT THE RECORD (Doc. 181) |

   The Court having considered Plaintiffs' Motion for Reconsideration and Request for Clarification of Court's Order Re: Plaintiffs' and Federal Defendants' Motion to Supplement the Record (Docket No. 181), and for good cause appearing, the motion for reconsideration is hereby DENIED WITHOUT PREJUDICE. The request for clarification is GRANTED, and the Court clarifies that documents 6 and 7 may be considered by the Court in connection with plaintiffs' claims that the 2004 Biological

1  Opinion was adopted based on bad faith.
2       The Court also modifies page five of its June 15, 2007 Order
3  Re: Plaintiffs' and Federal Defendants' Motion to Supplement the
4  Record (Docket No. 151) by replacing lines 13-19 with the
5  following:

> This case involves claims alleging that the 2004 OCAP BiOp is so facially flawed when issued that the Bureau acted arbitrarily by relying on it. The OCAP BiOp was issued on October 22, 2004. Consultation on the OCAP BiOp was reinitiated in April and May of 2006 and has not yet been completed. The documents at issue are all post 2004 extra record documents not within the scope of the administrative record that was before the Bureau when it made the decisions on the OCAP and BiOp.