1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT

8            EASTERN DISTRICT OF CALIFORNIA

9

10

11   Pacific Coast Federation of          1:06-cv-00245-OWW-NEW
     Fishermen's Associations /
     Institute for Fisheries             CORRECTED
12   Resources, et al.,                  ORDER RE: MOTION FOR
                                         RECONSIDERATION AND REQUEST
13        Plaintiffs,                    FOR CLARIFICATION OF COURT'S
                                         ORDER RE: PLAINTIFFS' AND
14        v.                             FEDERAL DEFENDANTS' MOTION TO
                                         SUPPLEMENT THE RECORD (Doc.
15   Carlos M. Gutierrez, in his         181)
     official capacity as Secretary
16   of Commerce, et al.,

17        Defendants,

18   San Luis & Delta-Mendota Water
     Authority, et al.,
19
          Defendant-Intervenors.
20

21        The Court having considered Plaintiffs' Motion for

22   Reconsideration and Request for Clarification of Court's Order

23   Re: Plaintiffs' and Federal Defendants' Motion to Supplement the

24   Record (Docket No. 181), and for good cause appearing, the motion

25   for reconsideration is hereby DENIED WITHOUT PREJUDICE. The

26   request for clarification is GRANTED, and the Court clarifies

27   that documents 6 and 7 may be considered by the Court in

28   connection with plaintiffs' claims that the 2004 Biological

1  Opinion was adopted based on bad faith.

2       The Court also modifies page five of its June 15, 2007 Order

3  Re: Plaintiffs' and Federal Defendants' Motion to Supplement the

4  Record (Docket No. 151) by replacing lines 13-19 with the

5  following:

6             This case involves claims alleging that the
             2004 OCAP BiOp is so facially flawed when
7             issued that the Bureau acted arbitrarily by
             relying on it. The OCAP BiOp was issued on
8             October 22, 2004. Consultation on the OCAP
             BiOp was reinitiated in April and May of 2006
9             and has not yet been completed. The documents
             at issue are all post 2004 extra record
10            documents not within the scope of the
             administrative record that was before the
11            Bureau when it made the decisions on the OCAP
             and BiOp.

12

13  Dated: September 27, 2007       /s/ OLIVER W. WANGER
                                    United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28