UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/ INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, et al.,<br><br>    Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al.,<br><br>    Defendant-Intervenors. | 1:06-cv-0245 OWW GSA<br><br>ORDER ON PLAINTIFFS' REQUEST FOR STATUS CONFERENCE |

Plaintiffs filed a Request for Status Conference on February 22, 2008. Intervenors, State Water Contractors, filed opposition on February 25, 2008. Intervenors, San Luis & Delta-Mendota Water Authority and Westlands Water District, filed opposition to the Request for Status Conference on February 25, 2008.

The parties' Cross-Motions for Summary Judgment have previously been submitted for decision and are in the process of being decided. The Court expects to issue its decision later

1

this month.

Plaintiffs submit that the Sacramento and San Joaquin River Basins are experiencing a large and alarming decline in several populations of salmon this year, including listed salmon species at issue in this case.  Plaintiffs further assert that high take levels of certain salmon species are occurring at the Central Valley Project and State Water Project pumps.  Plaintiffs express concern that imminent decision-making by Project operators critical to salmonid health and habitat for the "coming year," requires a status conference, from which the inference can be drawn that as yet unspecified action be taken.

Intervenors, State Water Contractors, San Luis & Delta-Mendota Water Authority and Westlands Water District, oppose the request for status conference asserting that the request for status conference will have an "inappropriate influence" on the Court's ruling on the pending cross-motions for summary judgment. All parties should recognize that the recent developments in water management, availability, and health of the species at issue are not part of the Administrative Record and present issues separate from the issues to be decided on the submitted summary judgment motions.  Intervenors argue that the cause of decline in salmonid abundance is occurring along the entire west coast of North America, from California to Alaska and is precipitated by a change in ocean conditions, not take at the State Water Project or Central Valley Project pumps.

Intervenors submit evidentiary material in the form of a February 2, 2008, National Marine Fisheries Service white paper on the subject of Coho and Chinook salmon decline in California

2

during the spawning seasons of 2007-08.  Intervenors further suggest the Court should defer any consideration of the salmonid decline issues to the Pacific Fisheries Management Council, the Federal agency established by Congress in the Magnusen-Stevens Fishery Conservation & Management Act, 16 U.S.C. §§ 1851, 1852, which has a scheduled meeting to discuss salmon abundance and management on or about March 11, 2008, at Sacramento, California.  Intervenors also submit data to establish that a small take of juvenile salmon by Project pumps is occurring in 2008 and that other causes, including fishing, result in a greater take of adult salmon.  An additional cause of decline is alleged to be take of juvenile salmon by predators, such as the striped bass.

These submissions demonstrate that, although no party disputes that there has been a decline is salmonid species, there is a material factual dispute over the cause and effect of the decline.

The Court is willing to hold a status conference at any time it will be productive to advance the litigation or to address any party's request for interim relief.  Currently, the dispositive motions submitted for decision are based on an established final administrative record.  The taking of evidence on the submitted motions is closed.  No request has been made for interim relief. Intervenors have suggested that the Court request the Federal Defendants file with the Court any materials they will provide to the Pacific Fisheries Management Council at the March 11, 2008, meeting and any recommendations made by the Pacific Fisheries Management Council to the Secretary of Commerce arising from the

3

1  March 11, 2008, meeting, that address conservation or management
2  measures related to the issue of salmon decline.
3       By this order the Court directs that the Federal Defendants
4  provide any such information to all parties and to the Court, as
5  soon as it is available.
6       The request for a status conference to consider post-record
7  information, is DENIED WITHOUT PREJUDICE, absent a request for
8  judicial action.  The Court is available to the parties to
9  address any request for judicial action the parties deem to be
10 necessary and appropriate as authorized by law.

12 IT IS SO ORDERED.
13 Dated:   March 7, 2008                /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE