UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/ INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, et al.,<br><br>       Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al.,<br><br>       Defendant-Intervenors. | 1:06-cv-0245 OWW GSA<br><br>SUPPLEMENTAL ORDER RE: EVIDENTIARY HEARING |

    The Federal Defendants are requested to include the following subjects in their expert declarations:

    1.   Present population status of the winter-run Chinook salmon, spring-run Chinook salmon, and Central Valley Steelhead (collectively the species).

    2.   In consultation with the Bureau of Reclamation, expected impacts from Central Valley Project (CVP) and State

1

Water Project (SWP) (collectively Project) current operations and projected operations through the end of the 2007-2008 water year, September 30, 2008.

    3.    Whether other causes, apart from Project operations, are currently impacting the status of these three species.

    4.    The present likelihood of extinction or extirpation of any of the species resulting from operations of the CVP and SWP through September 30, 2008.

    5.    Whether any changes to planned operations through the end of the water year are required to avoid jeopardy to the species.

    6.    If any changes to CVP and SWP operations through the end of the 2008 water year are required, what are such changes?

    7.    What effects, if any will be caused by any such changes to other parties to this case, and the public?

    8.    Whether there are reasonable alternatives to changing operations of the CVP and SWP that will protect the species and the public through the end of the water year.

IT IS SO ORDERED.

Dated:   **April 28, 2008**                **/s/ Oliver W. Wanger**
                                                 UNITED STATES DISTRICT JUDGE