1

2

3  EDMUND G. BROWN JR.
   Attorney General of the State of California
   MARY E. HACKENBRACHT
4  Senior Assistant Attorney General
   CLIFFORD T. LEE, State Bar No. 74687
5  Deputy Attorney General
   DEBORAH A. WORDHAM, State Bar No. 180508
6  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5546
8   Fax:  (415) 703-5480
    Email:  Cliff.Lee@doj.ca.gov
9   Email:  Deborah.Wordham@doj.ca.gov

10 Attorneys for [Proposed] Defendant-Intervener,
   CALIFORNIA DEPARTMENT OF WATER RESOURCES

11

12              IN THE UNITED STATES DISTRICT COURT

13            FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                       FRESNO DISTRICT

15
                                          Case No. 06-CV-00245 OWW
16 PACIFIC COAST FEDERATION OF
   FISHERMEN'S ASSOCIATION/INSTITUTE
17 FOR FISHERIES RESOURCES, et al,
                                          STIPULATION AND ORDER FOR
                                          INTERVENTION BY THE
                              Plaintiffs,  CALIFORNIA DEPARTMENT OF
18                                         WATER RESOURCES

19           v.

20  ,

21 CARLOS M. GUTIERREZ, et al.,

22                            Defendants.

23 SAN LUIS & DELTA MENDOTA WATER
   AUTHORITY, WESTLANDS WATER
24 DISTRICT, CALIFORNIA FARM BUREAU
   FEDERATION, and GLENN-COLUSA
25 IRRIGATION DISTRICT, et al. and STATE
   WATER CONTRACTORS,
26
                      Interveners/Defendants.
27

28

                              1

THE CALIFORNIA DEPARTMENT OF
WATER RESOURCES,

[Proposed] Defendant-Intervener.

WHEREAS, the California Department of Water Resources (DWR), seeks to intervene in the above-captioned litigation for the purpose of participating in any remedy phase, and

WHEREAS, plaintiffs, Pacific Coast Federation of Fishermen's Association/Institute for Fisheries Resources, et al. (PCFFA), have challenged the adequacy of the 2004 Biological Opinion (2004 BiOp) issued by the National Marine Fisheries Service (NMFS), which addresses potential impacts of joint operations of the federally-operated Central Valley Project (CVP) and the State-operated State Water Project (SWP) (referred to jointly as the Projects), as described in the 2004 Long-Term Central Valley Project Operating Criteria and Plan (2004 OCAP), on certain listed salmonid species, and

WHEREAS, the CVP and the SWP share certain facilities and coordinate operations with one another pursuant to a Coordinated Operating Agreement (COA), and

WHEREAS, DWR operates the SWP, and

WHEREAS, the cross-motions for summary judgment in the above-captioned matter were heard on or about October 3, 2007, and

WHEREAS, on or about April 16, 2008, as amended May 2, 2008, this Court determined that the 2004 BiOp is not adequate to support the no-jeopardy determination and the incidental take statement provided therein, and

WHEREAS, on May 2, 2008, this Court ordered a hearing to be held on June 6, 2008 to determine whether any interim remedies are necessary to protect the listed species at issue pending the issuance of a new biological opinion by NMFS, and

WHEREAS, any interim remedy that may be ordered herein may implicate DWR's operation of the SWP, and

WHEREAS, DWR seeks to intervene for the limited purpose of participating in the formulation of any interim remedy as determined by this Court to be necessary, pending

1    completion of the new biological opinion, and

2        WHEREAS, PCFFA, the Federal Defendants Carlos M Gutierrez, in his capacity as

3    Secretary of Commerce, William T. Hogarth, in his capacity as Assistant Administrator for

4    Fisheries, National Marine Fisheries Service, National Oceanic and Atmospheric Association,

5    Dirk Kempthorne, in his capacity as Secretary of Interior, and Robert Johnson, in his capacity as

6    Commissioner, United States Bureau of Reclamation (collectively, Federal Defendants), and the

7    existing Interveners, San Luis & Delta-Mendota Water Authority, Westlands Water District, the

8    California Farm Bureau Federation, Glenn-Colusa Irrigation District, et al., and the State Water

9    Contractors (Existing Interveners) agree that DWR should be granted such limited intervention in

10   this case,

11       NOW, THEREFORE, it is hereby stipulated by and between DWR, PCFFA, the Federal

12   Defendants, and the Existing Interveners, through their respective counsel of record, as follows:

13       1.   DWR shall be granted intervention in this action, but with such intervention limited to

14   the remedial aspects of this litigation.  This limited intervention shall be in compliance with the

15   court's Scheduling Order re:  Interim Remedies Hearing filed on May 2, 2008 [Doc. 239],

16   including all terms and limitations contained therein.

17       2.   DWR shall have the opportunity to participate fully in any court proceedings related to

18   approval or implementation of any settlement of this case, at any time during this case.

19       3.   DWR shall be permitted to file promptly its Answer in Intervention to PCFFA's

20   Complaint for Declaratory and Injunction Relief herein.

21       4.   For the limited purposes of any remedies hearing(s) that may be held in this matter to

22   determine appropriate remedial actions pending completion of a new Biological Opinion, DWR

23   waives any affirmative defense it may claim on the grounds of immunity from prosecution in

24   federal court under the Eleventh Amendment of the U.S. Constitution.  If DWR is granted leave

25   to intervene, DWR shall be subject to the general jurisdiction of the Court, legal and equitable,

26   for all purposes for which DWR intervenes.

27       5.   This Stipulation may be executed by way of counterpart signatures and/or by way of

28   facsimile signatures.

3

1    Dated: _____May 14_____, 2008          EDMUND G. BROWN JR.
                                              Attorney General of the State of California
2

3

4                                             By: ___/s/ Deborah A. Wordham_____
                                                  Clifford T. Lee
5                                                 Deborah A. Wordham
                                                  Deputy Attorneys General
6                                                 Attorneys for [Proposed] Intervener,
                                                  CALIFORNIA DEPARTMENT OF
7                                                 WATER RESOURCE

8

9    Dated: _____, 2008            EARTH JUSTICE

10

11

12                                            By: __/s/ Michael R. Sherwood (auth. 5/12/08)
                                                  Michael R. Sherwood
13                                                Attorneys for Plaintiffs
                                                  PACIFIC COAST FEDERATION OF
14                                                FISHERMEN'S ASSOCIATION /
                                                  INSTITUTE FOR FISHERIES
15                                                RESOURCES, THE BAY INSTITUTE,
                                                  BAYKEEPER & ITS DELTAKEEPER
16                                                CHAPTER, CALIFORNIA TROUT,
                                                  FRIENDS OF THE RIVER,
17                                                NORTHERN CALIFORNIA COUNCIL
                                                  OF THE FEDERATION OF FLY
18                                                FISHERS, SACRAMENTO RIVER
                                                  PRESERVATION TRUST and
19                                                WINNEMEM WINTU TRIBE

20
     Dated: _____, 2008            NATURAL RESOURCES DEFENSE
21                                            COUNCIL

22

23

24                                            By: __/s/ Katherine S. Poole (auth. 5/14/08)__
                                                  Hamilton Candee
25                                                Katherine S. Poole
                                                  Attorneys for Plaintiff
26                                                NATURAL RESOURCE DEFENSE
                                                  COUNCIL

27

28

                                   4

1    Dated: _____, 2008          UNITED STATES DEPARTMENT OF
                                             JUSTICE, ENVIRONMENT & NATURAL
2                                            RESOURCES DIVISION

3

4
                                             By: __/s/ Bridget McNeil (auth. 5/13/08)__
5                                                 Bridget McNeil
                                                  Attorneys for Federal Defendants,
6                                                 CARLOS M. GUTIERREZ, WILLIAM
                                                  T. HOGARTH, DIRK KEMPTHORNE
7                                                 and JOHN W. KEYS

8

9

10   Dated: _____, 2008          CALIFORNIA FARM BUREAU
                                             FEDERATION
11

12

13                                           By: __/s/ Christian Scheuring (auth. 5/14/08)__
                                                  Christian Scheuring
14                                                Attorneys for Defendant-Intervener,
                                                  CALIFORNIA FARM BUREAU
15                                                FEDERATION

16

17

18   Dated: _____, 2008          KRONICK MOSKOVITZ TIEDEMANN &
                                             GIRARD
19

20

21                                           By: __/s/ Daniel J. O'Hanlon (auth. 5/14/08)__
                                                  Daniel J. O'Hanlon,
22                                                Attorneys for Defendant-Intervener,
                                                  SAN LUIS & DELTA-MENDOTA
23                                                WATER AUTHORITY and
                                                  WESTLAND WATER DISTRICT
24

25

26

27

28

1   Dated: _____, 2008          SOMACH, SIMMONS & DUNN

2

3

4                                          By:   /s/ Andrew M. Hitchings (auth. 5/14/08)
                                               Andrew M. Hitchings
5                                              Attorneys for Defendant-Interveners,
                                               GLENN-COLUSA IRRIGATION
6                                              DISTRICT, PRINCETON-CODORA-
                                               GLENN IRRIGATION DISTRICT, and
7                                              PROVIDENT IRRIGATION DISTRICT

8

9   Dated: _____, 2008          BEST BEST & KRIEGER

10

11

12                                         By:   /s/ Steven M. Anderson (auth. 5/12/08)
                                               Gregory K. Wilkinson
13                                             Steven M. Anderson
                                               Jason M. Ackerman
14                                             Attorneys for Defendant-Intervener,
                                               STATE WATER CONTRACTORS

15

16  Dated: _____, 2008          DOWNEY BRAND LLP

17

18

19                                         By:   /s/ Steven P. Saxton (auth. 5/12/08)
                                               Kevin M. O'Brien
20                                             Steven P. Saxton
                                               Attorneys for Defendant-Interveners,
21                                             RECLAMATION DISTRICT 108,
                                               NATOMAS CENTRAL MUTUAL
22                                             WATER CO., PELGER MUTUAL
                                               WATER CO., RIVER GARDEN
23                                             FARMS, PLEASANT GROVE
                                               VERONA MUTUAL WATER
24                                             COMPANY

25

26

27

28

1  IT IS SO ORDERED.

2  **Dated:    May 14, 2008**                    _____/s/ Oliver W. Wanger_____
                                                 UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28