DOWNEY BRAND LLP
KEVIN M. O'BRIEN (Bar No. 122713)
STEVEN P. SAXTON (Bar No. 116943)
MAYA R. FERRY (Bar No. 232404)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100

Attorneys for [Proposed] Intervenor
TEHAMA-COLUSA CANAL AUTHORITY

Attorneys for Defendant-Intervenors
RECLAMATION DISTRICT 108, NATOMAS
CENTRAL MUTUAL WATER CO., PELGER
MUTUAL WATER CO., RIVER GARDEN FARMS,
and PLEASANT GROVE-VERONA MUTUAL
WATER COMPANY

FROST KRUP & ATLAS
J. MARK ATLAS (Bar No. 65086)
134 West Sycamore Street
Willows, CA 95988
Telephone:     (530) 934-5416
Facsimile:      (530) 934-3508

Attorney for [Proposed] Intervenor
TEHAMA-COLUSA CANAL AUTHORITY

Attorney for Defendant-Intervenors
PRINCETON-CODORA-GLENN IRRIGATION
DISTRICT and PROVIDENT IRRIGATION
DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Fresno Division

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, et al.,<br><br>Defendants. | Case No.  1:06-cv-00245 OWW GSA<br><br>**STIPULATION AND ORDER FOR INTERVENTION BY TEHAMA COLUSA CANAL AUTHORITY** |

925989.2

1

STIP. AND [PROPOSED] ORDER FOR INTERVENTION BY TCCA

PDF created with pdfFactory trial version www.pdffactory.com

SAN LUIS & DELTA-MENDOTA
WATER AUTHORITY, et al.,

    Defendant-Intervenors.

WHEREAS, Tehama-Colusa Canal Authority ("Applicant") seeks to intervene in the remedial phase of this case;

WHEREAS, Applicant is the Joint Powers Authority responsible for the operation and distribution of Central Valley Project supplies through the Corning and Tehama-Colusa Canals, and whose contractor members are the principal beneficiaries of Red Bluff Diversion Dam operations;

WHEREAS, Applicant seeks to intervene for the limited purpose of participating in the formulation of any interim remedy as determined by this Court to be necessary, pending completion of the reconsultation of the 2004 biological opinion ("BiOp");

WHEREAS, Applicant acknowledges that its intervention in the interim remedies aspect of this case will be limited to issues pertaining to the Red Bluff Diversion Dam or other aspects of interim remedies as these bear on Applicant's interest in operation of the Red Bluff Diversion Dam, and for the purposes of participating in any related settlement proceedings;

WHEREAS, Applicant's intervention will not expand the interim remedies phase of this case because Applicant will not seek to present additional witnesses, to file a brief independently of the existing intervenors, or to alter the existing schedule regarding the interim remedies proceedings;

WHEREAS, Plaintiffs Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, *et al.* ("Plaintiffs"), the Federal Defendants Carlos M. Gutierrez, in his official capacity as Secretary of Commerce, William T. Hogarth, in his official capacity as Assistant Administrator for Fisheries, National Marine Fisheries Service, National Oceanic and Atmospheric Association, Dirk Kempthorne, in his capacity as Secretary of the Interior, and William E. Rinne, in his official capacity as Acting Commissioner, United States Bureau of Reclamation (collectively, "Federal Defendants"), and the existing intervenors San Luis & Delta-

Mendota Water Authority, Westlands Water District, the California Farm Bureau Federation, Glenn-Colusa Irrigation District, Princeton-Codora-Glenn Irrigation District, Reclamation District No. 108, Natomas Central Mutual Water Co., Provident Irrigation District, Pelger Mutual Water Co., River Garden Farms, and Pleasant Grove-Verona Mutual Water Company (collectively ("Existing Intervenors"), agree that Applicant should be granted intervention in this case.

NOW, THEREFORE, it is hereby stipulated by and between Applicant, Plaintiffs, Federal Defendants, and Existing Intervenors, through their respective counsel, as follows:

1. Applicant shall be granted intervention in this action, but with such intervention limited to the remedial phase of the litigation.

2. Applicant shall have the opportunity to fully participate in any court proceedings related to approval or implementation of any settlement of this case.

3. Applicant's intervention shall be limited to the remedial aspects of the litigation and to participating in the formulation of any interim remedy as determined by this Court to be necessary pending completion of the reconsultation of the 2004 BiOp. This limited intervention shall proceed in compliance with the Court's Scheduling Order re: Interim Remedies Hearing filed on May 2, 2008 (Doc. 239) including all terms and limitations contained therein, to the same extent as these apply to existing parties. For purposes of the June 6, 2008 hearing, Applicant shall not seek to present additional evidence, whether through live witnesses, declarations, or otherwise, to file a brief independently of the Existing Intervenors, or to alter the existing schedule for purposes of the proceedings leading to the June 6, 2008 hearing.

4. Applicant shall be permitted to promptly file its answer in intervention to the Plaintiffs' First Amended Complaint for Declaratory and Injunctive Relief.

5. This stipulation may be executed by way of counterpart signatures and/or by way of facsimile signatures.

/ / /   / / /   / / /

/ / /   / / /   / / /

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED:  May 14, 2008 | DOWNEY BRAND LLP |

By:  /s/ Steven P. Saxton
Steven P. Saxton
Attorneys for [Proposed] Defendant-Intervenor
TEHAMA-COLUSA CANAL AUTHORITY

and

Attorneys for Defendant-Intervenors
RECLAMATION DISTRICT 108, NATOMAS
CENTRAL MUTUAL WATER CO., PELGER
MUTUAL WATER CO., RIVER GARDEN FARMS,
and PLEASANT GROVE-VERONA MUTUAL
WATER COMPANY

| | |
|---|---|
| DATED:  May 14, 2008 | SOMACH, SIMMONS & DUNN |

By:  /s/ Andrew M. Hitchings (as authorized on May 14, 2008)

Andrew M. Hitchings
Attorneys for Defendant-Intervenor
GLENN-COLUSA IRRIGATION DISTRICT,
PRINCETON-CODORA-GLENN IRRIGATION
DISTRICT, PROVIDENT IRRIGATION DISTRICT,
and CALIFORNIA FARM BUREAU FEDERATION

| | |
|---|---|
| DATED:  May 14, 2008 | BEST, BEST & KRIEGER |

By:  /s/ Gregory K. Wilkinson (as authorized on May 14, 2008)

Gregory K. Wilkinson
Jill N. Willis
Attorneys for Defendant-Intervenors
STATE WATER CONTRACTORS

925989.2

4

STIP. AND [PROPOSED] ORDER FOR INTERVENTION BY TCCA

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: May 14, 2008 | KRONICK, MOSKOVITZ, TIEDEMANN, & GIRARD, A Professional Corporation |
| | |
| | By: /s/ Daniel J. O'Hanlon (as authorized on May 14, 2008) |
| | Daniel J. O'Hanlon<br>Attorneys for Defendant-Intervenors<br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT |
| DATED: May 14, 2008 | By: /s/ Michael Sherwood (as authorized on May 14, 2008) |
| | Michael Sherwood<br>Katherine S. Poole<br>Andrea A. Treece<br>Trent W. Orr<br>George M. Torgun<br>Attorneys for Plaintiffs<br>PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.* |
| DATED: May 14, 2008 | By: /s/ Bridget Kenney McNeil (as authorized on May 14, 2008)<br>James A. Maysonett<br>Bridget Kenney McNeil<br>Lisa Lynne Russell<br>William James Shapiro<br>ATTORNEYS FOR THE FEDERAL DEFENDANTS |

**ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: May 15, 2008                                         /s/ OLIVER W. WANGER
                                                            Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com