**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Carlos M. Gutierrez, in his official capacity as Secretary of Commerce, *et al.*,<br><br>    Defendants,<br><br>San Luis & Delta-Mendota Water Authority, *et al.*,<br><br>    Defendant-Intervenors. | 1:06-cv-00245 OWW GSA<br><br>ORDER RE: JUNE 6, 2008 HEARING ON STATUS OF THE SPECIES AND NEED FOR INTERIM REMEDIES |

On May 22, 2008, the Court held a Status Conference to discuss the nature of the June 6, 2008, hearing on the status of the species and the need, if any, for interim remedies. The parties were instructed to prepare a form of order reducing to writing the Court's rulings, but were unable to agree on the order. Upon hearing the respective views and proposals of the parties and upon reviewing their respective proposed orders and responses to those proposed orders (Docs. 261, 263-270, 282):

    1.  The purpose of the June 6, 2008, hearing is to determine the status of the species and whether interim remedies are

necessary to prevent jeopardy to the Sacramento River winter-run Chinook salmon, Central Valley spring-run Chinook salmon, and Central Valley steelhead, or to avoid destruction or adverse modification to those species' designated critical habitats, due to ongoing and proposed operations of the Central Valley Project and State Water Project until a new biological opinion on those operations is completed (presently scheduled for March 2009).

2. The Court will also hear Plaintiffs' motion for immediate remedial relief and/or preliminary injunctive relief ("motion") at the June 6, 2008, hearing.

3. The hearing shall commence at 8:30 a.m. on June 6, 2008, and shall continue, if necessary, commencing June 10, 2008, through June 13, 2008.

4. The parties shall be allowed to present testimony of expert witnesses at the June 6, 2008, hearing in support of or in opposition to Plaintiffs' motion and on the question of the extent of jeopardy to the species and whether any interim remedies are necessary, as previously ordered in Paragraph 5 of the Court's May 2, 2008, Scheduling Order Re: Interim Remedies Hearing (Doc. 239).

5. The previous order regarding the number of experts to be called by the parties is now modified.  Plaintiffs and Federal Defendants may each present two witnesses, one biologist and one expert who is knowledgeable about the operations of the Central Valley Project and the State Water Project.  DWR and Defendant-Intervenors may each present one, for a total of two, witnesses on biological and operational issues.  These witnesses shall present testimony that is non-cumulative to Federal Defendants'

1  two witnesses.  Defendant-Intervenor Tehama Colusa Canal
2  Authority may present one witness, whose testimony shall be
3  <u>strictly limited</u> to biological and operational issues solely
4  related to Red Bluff Diversion Dam.  No Intervenor expert
5  testimony that is cumulative of the testimony of any other
6  witness for Federal Defendants or DWR shall be permitted.
7      6.  Subject to the outcome of Plaintiffs' motion and the
8  Court's determination regarding the need for an interim remedies
9  hearing, the Court will conduct a further hearing commencing June
10 10, 2008, through June 13, 2008, if necessary.
11     7.  Federal Defendants', DWR's, and Defendant-Intervenors'
12 expert declarations and briefs on remedies shall be filed no
13 later than June 2, 2008, by 2:00 p.m. P.D.T.  Such briefs shall
14 be no longer than 35 pages.  Plaintiffs' motion for immediate
15 injunctive relief has been filed.  Federal Defendants', DWR's,
16 and Defendant-Intervenors' reply briefs on remedies and
17 responsive briefs to Plaintiffs' motion for injunctive relief
18 shall be filed by June 4, 2008, before 4:00 p.m.  DWR and Tehama
19 Colusa Canal Authority shall each file individual responses; all
20 remaining Defendant-Intervenors collectively shall, if they need
21 to, file a single response.
22     8.  The parties are directed to confer and agree upon a
23 reasonable schedule of depositions of expert witnesses prior to
24 the June 6, 2008, hearing.
25 **IT IS SO ORDERED.**
26 **Dated:   May 29, 2008**               /s/ Oliver W. Wanger
                                **UNITED STATES DISTRICT JUDGE**
27
28