UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATES/ INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, et al.,<br><br>   Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al.,<br><br>   Defendant-Intervenors. | 1:06-cv-0245 OWW GSA<br><br>SCHEDULING ORDER RE: REPORT ON STATUS OF SPECIES AND INTERIM REMEDIES<br><br>Further Scheduling Conference: 9/4/08 8:15 Ctrm. 3 |

   A Scheduling Conference was held July 23, 2008.  The following counsel appeared:

   Katherine S. Poole, Esq., Michael R. Sherwood, Esq., and Trent W. Orr, Esq., appeared on behalf of Plaintiffs.

   Bridget Kennedy McNeil, Esq., appeared on behalf of Federal Defendants.

   Clifford Lee, Esq., and Deborah Wordham, Esq., appeared on

behalf of California Department of Water Resources.

Daniel J. O'Hanlon, Esq., appeared on behalf of San Luis & Delta-Mendota Water Authority and Westlands Water District.

Stephen Anderson, Esq., appeared on behalf of the State Water Contractors.

Christian C. Scheuring, Esq., appeared on behalf of the California Farm Bureau.

Andrew Mr. Hitchings, Esq., appeared on behalf of Glenn-Colusa, et al.

Steven P. Saxton, Esq., and Maya R. Ferry, Esq., appeared on behalf of Tehama-Colusa Canal Company, et al.

Herum, Crabtree & Brown by Stephen Siptroth, Esq., appeared on behalf of non-party, Stockton East Water District.

Stockton East proposes to file a motion to intervene. Any such motion shall be filed by August 6, 2008. Any response shall be filed by August 20, 2008. Any reply shall be filed by August 26, 2008. The motion shall be heard August 29, 2008, at 8:30 a.m. in Courtroom 3.

Plaintiffs stated their position that in view of the decision regarding interim remedy requests and emergency injunctive relief that the Court has found that the three species are in jeopardy and that the burden is on the Agency Defendants to prove that interim operations through March 2, 2009, will not increase jeopardy to any species and its critical habitat.

Federal Defendants and the California Department of Water Resources shall file, on or before August 29, 2008, a status report concerning updated biological information on the status of any jeopardy to the species from current Project operations and

proposed operations through March 2, 2009.  The statement shall include an analysis of the remaining proposed remedies of Plaintiffs and whether any of those remedies are necessary to avoid jeopardy to the species and their critical habitat through March 2, 2009.

Defendant Intervenors may submit any expert opinions and additional information concerning jeopardy to the species and its critical habitat from Project operations and any other actions within the management and control of the Defendants over the period through March 2, 2009.

The next Scheduling Conference in this case shall be held September 4, 2008, at 8:15 a.m. in Courtroom 3.  All parties are authorized to appear telephonically.

IT IS SO ORDERED.

**Dated:   July 24, 2008**                     /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE