1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   MARY E. HACKENBRACHT
    Senior Assistant Attorney General
3   CLIFFORD T. LEE, State Bar No. 74687
    Deputy Attorney General
4   DEBORAH A. WORDHAM, Bar No. 180508
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 703-5546
6    Fax:  (415) 703-5480
     Email:  Cliff.Lee@doj.ca.gov
7           Deborah.Wordham@doj.ca.gov

8   Attorneys for defendant-intervener California
    Department of Water Resources
9

10                  IN THE UNITED STATES DISTRICT COURT

11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13   **PACIFIC COAST FEDERATION OF**            Case No.:  1:06-CV-00245-OWW-GSA
     **FISHERMEN'S ASSOCIATION/INSTITUTE**
14   **FOR FISHERIES RESOURCES, et al.,**       **STIPULATION AND ORDER RE:**
                                                **EXTENSION OF TIME FOR**
15                              Plaintiffs,     **DEPARTMENT OF WATER**
                                                **RESOURCES TO FILE STATUS**
16                  v.                          **REPORT**

17   **CARLOS M. GUTIERREZ, et al.,**

18                              Defendants.

19   **SAN LUIS & DELTA MENDOTA WATER**
     **AUTHORITY, WESTLANDS WATER**
20   **DISTRICT, CALIFORNIA FARM BUREAU**
     **FEDERATION, AND GLENN-COLUSA**
21   **IRRIGATION DISTRICT, et al., and STATE**
     **WATER CONTRACTORS, THE**
22   **CALIFORNIA DEPARTMENT OF WATER**
     **RESOURCES**
23
                         Defendant-Interveners.
24

25          WHEREAS the Court's July 24, 2008 Scheduling Order Re: Report on Status of Species

26   and Interim Remedies (July 24, 2008 Order) requires that the "Federal Defendants and the

27   California Department of Water Resources shall file, on or before August 29, 2008, a status

28   report concerning updated biological information on the status of any jeopardy to the species

     Stipulation and [Proposed] Order Re: Extension of Time for Dept of Water Resources  to File Status Report

1   from current Project operations and proposed operations through March 2, 2009."

2   WHEREAS the July 24, 2008 Order required such report "to include an analysis of the

3   remaining proposed remedies of Plaintiffs and whether any of those remedies are necessary to

4   avoid jeopardy to the species and their critical habitat through March 2, 2009."

5   WHEREAS the July 24, 2008 Order further authorized all other defendant-interveners to

6   "submit any expert opinions and additional information concerning jeopardy to the species and

7   its critical habitat from Project operations and any other actions within the management and

8   control of the Defendants over the period through March 2, 2009."

9   WHEREAS the July 24, 2008 order set a September 4, 2008 scheduling conference in the

10  above entitled matter.

11  WHEREAS Deputy Attorney General Clifford T. Lee and Deputy Attorney General

12  Deborah Wordham have represented defendant-intervener California Department of Water

13  Resources (DWR) since DWR's intervention in this matter.

14  WHEREAS an unanticipated family emergency has recently precluded Ms. Wordham from

15  working on this matter for an indeterminate period of time.

16  WHEREAS counsel for DWR has contacted all parties concerning an appropriate revision

17  of the current schedule.  Federal Defendants do not oppose revision of the schedule, but state that

18  it is appropriate for all status reports currently due on August 29, 2008 to be extended until

19  September 5, 2008.  The plaintiffs do not oppose an extension of DWR's time for filing the

20  status report until September 5, 2008, but oppose an extension of the filing deadline for

21  defendants other than DWR.  Plaintiffs do not oppose continuance of the scheduling conference

22  presently set for September 4, 2008, to September 11, 2008 or to the next earliest date available

23  to the Court.

24  NOW, THEREFORE, IT IS HEREBY STIPULATED by and among the parties, through

25  their respective counsel, that the schedule set forth in the July 24, 2008 Order be revised in

26  accordance with the following, subject to the Court's approval:

27  1.   DWR shall file the status report referenced in the July 24, 2008 Order on or before

28  September 5, 2008.

Stipulation and [Proposed] Order Re: Extension of Time for Dept of Water Resources  to File Status Report

1        2.     The scheduling conference currently set for September 4, 2008 shall be continued to

2   September 11, 2008 at 8:15 a.m. in Courtroom 3 or to such date and time as may be convenient

3   with the Court.

4        3.     The date for the filing of status reports or other pleadings by all other parties set forth

5   in the July 24, 2008 Order shall remain unchanged.

6

7   Dated: August 26, 2008                              EDMUND G. BROWN JR.

8                                                       Attorney General of the State of California

9

10

11                                                      By:  /s/ Clifford T. Lee

12                                                          Clifford T. Lee
                                                           Deborah A. Wordham
13                                                         Deputy Attorneys General

14                                                         Attorneys for  Defendant-Intervener,
                                                           CALIFORNIA DEPARTMENT OF
15                                                         WATER RESOURCE

16

17
    Dated:  August 27, 2008                             EARTH JUSTICE
18

19

20
                                                        By:  /s/ Michael R. Sherwood (8/27/08)
21
                                                           Michael R. Sherwood
22
                                                           Attorneys for Plaintiffs
23                                                         PACIFIC COAST FEDERATION OF
                                                           FISHERMEN'S ASSOCIATION /
24                                                         INSTITUTE FOR FISHERIES
                                                           RESOURCES, THE BAY INSTITUTE,
25                                                         BAYKEEPER & ITS DELTAKEEPER
                                                           CHAPTER, CALIFORNIA TROUT,
26                                                         FRIENDS OF THE RIVER,
                                                           NORTHERN CALIFORNIA COUNCIL
27                                                         OF THE FEDERATION OF FLY
                                                           FISHERS, SACRAMENTO RIVER
28                                                         PRESERVATION TRUST and
                                                           WINNEMEM WINTU TRIBE

Stipulation and [Proposed] Order Re: Extension of Time for Dept of Water Resources  to File Status Report

1

2

3    Dated:  August 27, 2008                    NATURAL RESOURCES DEFENSE COUNCIL

4

5

6
                                              By:  /s/ Katherine S. Poole (8/27/08)
7
                                                   Hamilton Candee
8                                                  Katherine S. Poole

9                                                  Attorneys for Plaintiff
                                                   NATURAL RESOURCE DEFENSE
10                                                 COUNCIL

11
     Dated: August 26, 2008                    UNITED STATES DEPARTMENT OF JUSTICE,
12                                             ENVIRONMENT & NATURAL RESOURCES
                                               DIVISION
13

14

15                                            By:  /s/ Bridget Kennedy McNeil (8/26/08)

16                                                 Bridget Kennedy McNeil

17                                                 Attorneys for Federal Defendants,
                                                   CARLOS M. GUTIERREZ, WILLIAM T.
18                                                 HOGARTH, DIRK KEMPTHORNE and
                                                   JOHN W. KEYS
19

20

21   Dated:  August 26, 2008                   CALIFORNIA FARM BUREAU FEDERATION

22

23                                            By:  /s/ Christian Scheuring (8/26/08)

24                                                 Christian Scheuring

25                                                 Attorney for Defendant-Intervener,
                                                   CALIFORNIA FARM BUREAU
26                                                 FEDERATION

27

28

     Stipulation and [Proposed] Order Re: Extension of Time for Dept of Water Resources  to File Status Report

                                              4

1    Dated:  August 26, 2008                          KRONICK MOSKOVITZ TIEDEMANN &
                                                        GIRARD
2

3

4                                                      By:  /s/ Daniel J. O'Hanlon (8/26/08)

5                                                           Daniel J. O'Hanlon,

6                                                           Attorneys for Defendant-Intervener,
                                                            SAN LUIS & DELTA-MENDOTA
7                                                           WATER AUTHORITY and
                                                            WESTLAND WATER DISTRICT
8

9

10   Dated:  August 27, 2008                          SOMACH, SIMMONS & DUNN

11

12

13                                                     By:  /s/ Jacqueline McDonald (8/27/08)

14                                                          Andrew M. Hitchings and Jacqueline
                                                            McDonald
15
                                                            Attorneys for Defendant-Interveners,
16                                                          GLENN-COLUSA IRRIGATION
                                                            DISTRICT, PRINCETON-CODORA-
17                                                          GLENN IRRIGATION DISTRICT, and
                                                            PROVIDENT IRRIGATION DISTRICT
18

19

20   Dated: August 26, 2008                           BEST BEST & KRIEGER

21

22

23                                                     By:  /s/ Steven M. Anderson (8/26/08)

24                                                          Gregory K. Wilkinson
                                                            Steven M. Anderson
25                                                          Jason M. Ackerman

26                                                          Attorneys for Defendant-Intervener,
                                                            STATE WATER CONTRACTORS
27

28

Stipulation and [Proposed] Order Re: Extension of Time for Dept of Water Resources  to File Status Report

5

1    Dated: August 27, 2008                          DOWNEY BRAND LLP

2

3

4                                                By:  /s/ Steven P. Saxton (8/27/08)

5                                                     Kevin M. O'Brien
                                                      Steven P. Saxton
6
                                                      Attorneys for Defendant-Interveners,
7                                                     RECLAMATION DISTRICT 108,
                                                      NATOMAS CENTRAL MUTUAL
8                                                     WATER CO., PELGER MUTUAL
                                                      WATER CO., RIVER GARDEN
9                                                     FARMS, PLEASANT GROVE
                                                      VERONA MUTUAL WATER
10                                                    COMPANY

11

12

13
     FOR GOOD CAUSE SHOWN, IT IS ORDERED that the July 24, 2008 Order be amended as
14
     described in the above stipulation and that the scheduling conference currently set for September 4,
15
     2008 at 8:15 a.m. at  Courtroom 3, be continued to September 11, 2008 at 8:30 a.m. in Courtroom
16
     3 before the Honorable Oliver W. Wanger.
17

18

19
     Dated: August 29, 2008                          /s/ OLIVER W. WANGER
20
                                                      The Honorable Oliver W. Wanger
21                                                    United States District Judge

22

23

24

25

26

27

28

     Stipulation and [Proposed] Order Re: Extension of Time for Dept of Water Resources  to File Status Report