Tim O'Laughlin (SBN 116807)
William C. Paris III (SBN 168712)
Kenneth Petruzzelli (SBN 227192)
**O'LAUGHLIN & PARIS LLP**
1043 Village Lane
Post Office Box 9259
Chico, California 95927-9259
Telephone: 530/899.9755
Facsimile: 530/899.1367
E-mail: towater@olaughlinparis.com

Karna E. Harrigfeld (SBN 162824)
Stephen M. Siptroth (SBN 252792)
**HERUM CRABTREE BROWN**
2291 W. March Lane, Suite B-100
Stockton, CA  95207
Telephone: 209/472-7700
Facsimile: 209/472-7986
E-mail: kharrigfeld@herumcrabtree.com

Attorneys for Intervenors-Defendants
    OAKDALE IRRIGATION DISTRICT, SOUTH SAN JOAQUIN
    IRRIGATION DISTRICT, and STOCKTON EAST WATER DISTRICT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATION/INSTITUTE FOR FISHERIES RESOURCES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, et al.<br><br>    Defendant. | Case No.: 1:06-CV-00245 OWW GSA<br><br>**ORDER REGARDING INTERVENTION** |

      On August 6, 2008, Oakdale Irrigation District, South San Joaquin Irrigation District and Stockton East Water District ("Proposed Intervenors") filed a motion to intervene. On August

---

ORDER REGARDING INTERVENTION
G:\docs\ATimken\Orders To Be Signed\06cv245.o.re.intervention.doc

PDF created with pdfFactory trial version www.pdffactory.com

29, 2008, a hearing was held on the motion to intervene. Tim O'Laughlin and Karna Harrigfeld appeared for Proposed Intervenors. Michael R. Sherwood, Katherine Poole, and George M. Torgun appeared for Plaintiffs.

Having considered the papers and evidence submitted by the parties, and having heard the argument of counsel, the Court finds that the requirements for intervention as of right pursuant to Federal Rule of Civil Procedure 24(a) are met, and accordingly, the Court GRANTS the motion, and hereby ORDERS that Oakdale Irrigation District, South San Joaquin Irrigation District, and Stockton East Water District are granted leave to intervene in this action.

Such leave is granted conditionally, as follows:

A. Proposed Intervenors shall only be permitted to intervene to the extent that issues related to the Stanislaus River and New Melones arise.

B. Proposed Intervenors' participation is strictly limited to addressing issues regarding the Stanislaus River and New Melones.

C. Proposed Intervenors shall only be permitted to call one (1) expert witness in any future evidentiary proceedings.

D. Proposed Intervenors shall take all steps necessary to avoid duplication of the Federal Defendants and Defendant-Intervenors, including combined briefing, page limitations, and any other measures ordered by the Court.

E. Proposed Intervenors will not be permitted to relitigate issues or to duplicate briefing and/or testimony going forward.

Given the limited nature of intervention granted, Proposed Intervenors need not file an answer to the Plaintiffs' First Amended Complaint. Proposed Intervenors are deemed to have denied all allegations contained Plaintiffs' First Amended Complaint as they relate to the Stanislaus River and New Melones.

**IT IS SO ORDERED**.

Dated: September 16, 2008          /s/ OLIVER W. WANGER
                                   HON. OLIVER W. WANGER
                                   United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com