Submitted by:

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
BRIDGET KENNEDY McNEIL, Trial Attorney (CO State Bar 034299)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife & Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: 303-844-1484/Fax: 303-844-1350
bridget.mcneil@usdoj.gov

Attorneys for the Federal Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, *et al.*, <br><br> Defendants, <br><br> and <br><br> SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.* <br><br> Intervenors/Defendants. | Case No. 1:06-CV-00245 OWW-GSA <br><br> ORDER GRANTING FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME OR, IN THE ALTERNATIVE, FOR RELIEF FROM COURT'S ORDER UNDER FED. R. CIV. P 60(b) |

The Court's interim remedial order in this matter remanded the biological opinion on the "Operations Criteria and Plan" ("OCAP") for the coordinated operation of the Central Valley Project ("CVP") and State Water Project ("SWP") to the National Marine Fisheries

1

Service ("NMFS"), requiring the remand to be completed by March 2, 2009. *PCFFA v. Gutierrez*, No. 1:06-cv-00245-OWW-GSA, Doc. 367 at 12 (July 18, 2008).

On January 21, 2009, the Federal Defendants informed the Court that NMFS no longer believed that it would be possible to complete a scientifically sound and legally defensible biological opinion by March 2, 2009, and moved to extend the deadline to June 2, 2009. Docket No. 419. The California Department of Water Resources and the Tehama-Colusa Canal Authority joined in the motion. Docket Nos. 420, 423. No party opposed the extension sought by the Federal Defendants, despite Plaintiffs' initial indication that they "reserved the right" to do so. Docket. No. 422.

NOW THEREFORE, having reviewed the memoranda of points and authorities submitted by the parties, the argument presented at the hearing held on February 23, 2009, and hearing no objection, the Court hereby enters the following Order on remand and injunctive relief:

The deadline for the issuance of a new Biological Opinion in this matter by the National Marine Fisheries Service, set forth in this Court's Findings of Fact and Conclusions of Law Re The Existence of Irreparable Harm During the Interim Period and Denying Plaintiffs' Requests for Emergency Interim Remedies Regarding Flows on Clear Creek and Gate Operations at Red Bluff Diversion Dam, Docket No. 367 (July 18, 2008), is extended from March 2, 2009 through and including June 2, 2009.

IT IS SO ORDERED.

Dated: 3/4/2009                    /s/ OLIVER W. WANGER
                                   HON. OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE