JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief (Mo. Bar No. 43895)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0388 / Facsimile: (202) 305-0275
Attorneys for Federal Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | Case No.: 1:06-CV-00245-OWW-GSA |
| Plaintiffs, | |
| vs. | **FEDERAL DEFENDANTS' APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR SECOND MOTION FOR EXTENSION OF TIME** |
| CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce, *et al.*, | |
| Defendants, | |
| and | **DECLARATION OF LISA L. RUSSELL** |
| SAN LUIS & DELTA MENDOTA WATER AUTHORITY, *et al.* | **ORDER SHORTENING TIME** |
| Intervenors/Defendants. | |

## APPLICATION FOR ORDER SHORTENING TIME

Pursuant to Local Civ. R. 6-144(e), the Federal Defendants respectfully apply for an order shortening the time to hear the Federal Defendants' Second Motion For An Extension of Time, Or, In the Alternative, For Relief From the Court's Order Under Fed. R. Civ. P. 60(b), filed today. The Federal Defendants request that this motion be heard on Monday, June 1, 2009, and that any responses to the motion be submitted by Friday, May 29, 2009. The circumstances

PDF created with pdfFactory trial version www.pdffactory.com

justifying this application are set forth below in the Declaration of Lisa L. Russell, counsel for the Federal Defendants. The undersigned contacted counsel for all other parties in this matter. This application is not opposed by the Plaintiffs or the following Intervenor-Defendants: the State Water Contractors, the California Farm Bureau Federation, the California Department of Water Resources, the San Luis & Delta-Mendota Water Authority, the Westlands Water District, the Tehama-Colusa Canal Authority, the Glenn-Colusa Irrigation District, Reclamation District 108, Natomas Central Mutual Water Co., Pelger Mutual Water Co., Pleasant Grove-Verona Mutual Water Company, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, and River Garden Farms. Due to the need to file this motion on an expedited basis, Federal Defendants were not able to obtain responses from the remaining parties before filing this motion.

This Court has authority to shorten the time to hear Federal Defendants' Second Motion for An Extension of Time. Rule 6(c) of the Federal Rules of Civil Procedure sets forth the time for hearings on noticed motions "except[ ] . . . when a court order – which a party may, for good cause, apply for ex parte – sets a different time." Fed. R. Civ. P. 6(c)(1); *see also United States v. Fitch*, 472 F.2d 548, 549 n.5 (9th Cir. 1973) (citing former Rule 6(c) and explaining that this rule "allows the district court discretion to shorten time"). The Civil Local Rules for the U.S. District Court for the Eastern District of California recognize this authority, and provide that "applications to shorten time shall set forth by affidavit of counsel the circumstances claimed to justify the issuance of an order shortening time." Local R. 6-144(e). Federal Defendants exercised good faith and made reasonable efforts to obtain a stipulation pursuant to Local Rule 6-144(e), but were unable to reach all parties, as explained in the Declaration of Lisa L. Russell submitted herewith.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted this 28th day of May, 2009,

JOHN C. CRUDEN, Acting Assistant Attorney General
JEAN E. WILLIAMS, Section Chief

/s/ Lisa L. Russell
_____
LISA L. RUSSELL¸ Asst. Section Chief (Mo. Bar 43895)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0388 / Facsimile: (202) 305-0275
Attorneys for Federal Defendants

## DECLARATION OF LISA L. RUSSELL

1. I represent the Federal Defendants in this matter.

2. On March 4, 2009, the Court entered an Order extending the time for Federal Defendants to complete the remanded Biological Opinion on the "Operations Criteria and Plan" for the coordinated operation of the Central Valley Project and State Water Project, to June 2, 2009. *See* Order Granting Motion for An Extension of Time (Mar. 4, 2009), Docket Entry 432.

3. As explained in the Federal Defendants' Second Motion for An Extension of Time, Or, In the Alternative, For Relief From the Court's Order Under Fed. R. Civ. P. 60(b) and supporting memorandum, which Federal Defendants filed today, recent developments have made it infeasible for Federal Defendants to complete the Biological Opinion by the current June 2, 2009 deadline.

PDF created with pdfFactory trial version www.pdffactory.com

4. It is not possible to wait the thirty-one (31) days otherwise required by Local Civ. R. 78-230 for noticing a hearing on the Federal Defendants' Second Motion for An Extension of Time, Or, In the Alternative, For Relief From the Court's Order Under Fed. R. Civ. P. 60(b), because the deadline for filing the Biological Opinion would have passed by the time the motion was heard, and thus the relief requested in the motion would be rendered moot.

5. I contacted counsel for all other parties in this matter. This application is not opposed by the Plaintiffs or the following Intervenor-Defendants: the State Water Contractors, the California Farm Bureau Federation, the California Department of Water Resources, the San Luis & Delta-Mendota Water Authority, the Westlands Water District, the Tehama-Colusa Canal Authority, the Glenn-Colusa Irrigation District, Reclamation District 108, Natomas Central Mutual Water Co., Pelger Mutual Water Co., Pleasant Grove-Verona Mutual Water Company, Princeton-Codora-Glenn Irrigation District, Provident Irrigation District, and River Garden Farms. It was not possible to obtain a stipulation because not all of the parties conveyed their position on this application prior to filing.

6. For these reasons, the Federal Defendants apply for an Order shortening the time to hear their Second Motion for An Extension. The Federal Defendants request that any oppositions to that motion be due on Friday, May 29, 2009, and that the Court hear that motion (if it is inclined to conduct a hearing) on Monday, June 1, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

                                              Respectfully submitted this 28th day of May, 2009.

                                              /s/ *Lisa L. Russell*
                                              LISA L. RUSSELL

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER SHORTENING TIME

Upon application of the Federal Defendants, and good cause appearing, IT IS HEREBY ORDERED that the time for hearing the Second Motion for An Extension of Time, Or, In the Alternative, For Relief From the Court's Order Under Fed. R. Civ. P. 60(b), shall be and hereby is shortened. Any responses to that motion shall be filed by May 29, 2009. Hearing on said motion shall be on June 1, 2009, at 11:00 AM PDT. The parties may appear at the hearing by telephone.

Dated this 28th day of May, 2009.

/s/ OLIVER W. WANGER
The Honorable Oliver W. Wanger
District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com