1  JOHN C. CRUDEN, Acting Assistant Attorney General
   JEAN E. WILLIAMS, Section Chief
2  LISA L. RUSSELL, Assistant Section Chief (Mo. Bar No. 43895)
   Wildlife and Marine Resources Section
3  Benjamin Franklin Station, P.O. Box 7369
4  Washington, D.C. 20044-7369
   Telephone: (202) 305-0388 / Facsimile: (202) 305-0275
5
6  Attorneys for Federal Defendants

7  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**
8

9  PACIFIC COAST FEDERATION OF               )
10 FISHERMEN'S ASSOCIATIONS/INSTITUTE         )
   FOR FISHERIES RESOURCES, *et al.*,         ) Case No.: 1:06-CV-00245-OWW-GSA
11                                            )
12        Plaintiffs,                         )
                                              ) **ORDER GRANTING FEDERAL**
13 vs.                                        ) **DEFENDANTS' SECOND MOTION FOR**
                                              ) **EXTENSION OF TIME**
14 CARLOS M. GUTIERREZ, in his official       )
   capacity as Secretary of Commerce, *et al.*,)
15                                            )
16        Defendants,                         )
                                              )
17 and                                        )
                                              )
18 SAN LUIS & DELTA MENDOTA WATER             )
   AUTHORITY, *et al.*                        )
19                                            )
20        Intervenors/Defendants.             )
                                              )
21

22

23        Having reviewed the Federal Defendants' Motion for Extension of Time or, in the

24 Alternative, for Relief from Court's Order under Fed. R. Civ. P. 60(b), the responses thereto,

25 and based on the record in this case, the Court hereby GRANTS the motion for good cause

26 shown. The deadline for the issuance of a new Biological Opinion in this matter by the National

27 \ \ \

28

PDF created with pdfFactory trial version www.pdffactory.com

1 | Marine Fisheries Service, set by this Court's Order on March 4, 2009 is extended from June 2,
2 | 2009 to June 4, 2009.
3 |
4 |
5 | IT IS SO ORDERED.
6 |
7 | Dated: 6/1/2009_____          _/s/ OLIVER W. WANGER_____
                                    HON. OLIVER W. WANGER
8 |                                 UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com