**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, | )<br>)<br>) |
| Plaintiffs, | ) 1:06-cv-0245 OWW GSA |
| v. | ) **Judgment** |
| CARLOS M. GUTIERREZ, Secretary, United States Department of Commerce, *et al.*, | )<br>) |
| Defendants. | ) |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*, | )<br>) |
| Defendant-Intervenors. | ) |

Summary judgment was granted in favor of Plaintiffs and against all Defendants and Defendant-Intervenors on the lawfulness of the National Marine Fisheries Service's 2004 Biological Opinion on the impacts of the long-term operations of the Central Valley Project and State Water Project on Sacramento River winter-run Chinook, Central Valley spring-run Chinook, Central Valley steelhead, Southern Oregon/Northern California Coast Coho, and Central California Coast steelhead ("BiOp").  Doc. 336, filed June 17, 2008.  Federal Defendants were ordered to complete a new BiOp on or before March 2, 2009.  Doc. 367 at 12, filed July 18, 2008.  That deadline was extended once to June 2, 2009, Doc. 432, and again to June 4, 2009, Doc. 449.  Federal Defendants filed a notice of completion of remand on June 4, 2009.  Doc. 447.

PDF created with pdfFactory trial version www.pdffactory.com

Accordingly, judgment is entered in favor of Plaintiffs and against Defendants and this case is closed.

**SO ORDERED**

**Dated: 9/8/2009**  /s/ W. KUSAMURA

PDF created with pdfFactory trial version www.pdffactory.com