KATHERINE POOLE, State Bar No. 195010
MICHAEL E. WALL, State Bar No. 170238
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; mwall@nrdc.org
Telephone:  (415) 875-6100

HAMILTON CANDEE, State Bar No. 111376
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
hcandee@altshulerberzon.com
Telephone:  (415) 421-7151

Attorneys for Plaintiff NRDC

MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
TRENT W. ORR, State Bar No. 77656
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org; torr@earthjustice.org
gtorgun@earthjustice.org
Telephone:  (510) 550-6725

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*,<br><br>        Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br><br>        Defendant-Intervenors. | Case No. 1:06-CV-0245 OWW GSA<br><br>PARTIES' STIPULATION AND ORDER RE: DEADLINE FOR MOTION FOR ATTORNEYS' FEES |

1  Whereas judgment was entered in this case "in favor of Plaintiffs and against Defendants" on
2  September 9, 2009 (Doc. 458); and
3  Whereas Plaintiffs assert that they are prevailing parties in this case and intend to seek
4  reasonable attorneys' fees and costs against the Federal Defendants; and
5  Whereas Civil Local Rule 54-292 provides that a bill of costs must be filed by the prevailing
6  party within ten days after entry of judgment; and
7  Whereas Civil Local Rule 54-293 provides that motions for attorneys' fees must be filed not
8  later than 30 days after entry of final judgment; and
9  Whereas Federal Rule of Civil Procedure 54(d)(2)(B) provides that, unless otherwise
10 provided by statute or order of the Court, a motion for attorneys' fees must be filed and served no
11 later than 14 days after entry of judgment; and
12 Whereas the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, is one of the statutes
13 under which Plaintiffs may seek attorneys fees and costs; and
14 Whereas EAJA provides that "a party seeking an award of fees and other expenses" may
15 apply for them "within 30 days of final judgment in the action," and EAJA defines "final judgment"
16 as "a judgment that is final and not appealable;" and
17 Whereas the judgment in this case becomes unappealable 60 days after its entry; and
18 Whereas Plaintiffs have not previously sought an extension of time in this matter;
19 Now therefore, the Plaintiffs and Federal Defendants stipulate and agree, and request that the
20 Court enter an order, extending the deadline for Plaintiffs to file a motion for attorneys' fees, costs,
21 and other expenses under Civil Local Rules 54-292 and 54-293 and Federal Rule of Civil Procedure
22 54(d)(2)(B) to be the same deadline as that for filing a motion under EAJA, which would fall on
23 December 9, 2009 under the existing schedule.  Before filing a motion for attorneys' fees, costs, and
24 other expenses, Plaintiffs will meet and confer with Federal Defendants in a good faith attempt to
25 settle the issue.  By entering into this stipulation, Federal Defendants do not waive any defenses as to
26 whether Plaintiffs are entitled to any attorneys' fees, costs, or other expenses.
27
28

Parties' Stipulation And Order
Re: Deadline for Motion for Attorneys' Fees, Case No. 1:06-CV-0245 OWW GSA

2

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED:  September 17, 2009 | /s/ George Torgun<br>MICHAEL R. SHERWOOD<br>TRENT W. ORR<br>GEORGE TORGUN |
| | Attorneys for Plaintiffs |
| | KATHERINE S. POOLE<br>HAMILTON CANDEE |
| | Attorneys for Plaintiff<br>Natural Resources Defense Council |
| | JOHN CRUDEN<br>Acting Assistant Attorney General<br>JEAN E. WILLIAMS, Section Chief<br>United States Department of Justice<br>Environment and Natural Resources Division |
| | /s/ Bridget Kennedy McNeil (as authorized on 9/17/09)<br>BRIDGET KENNEDY McNEIL, Trial Attorney<br>United States Department of Justice<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, D.C. 20044-7369<br>Telephone: (202) 305-0207<br>Facsimile: (202) 305-0275 |
| | WILLIAM SHAPIRO, Trial Attorney<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>501 I Street, Suite 9-700<br>Sacramento, CA  95814-2322 |
| | Attorneys for Federal Defendants |

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

| | |
|---|---|
| DATED: September 17, 2009 | /s/ OLIVER W. WANGER<br>OLIVER W. WANGER<br>United States District Judge |