MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
TRENT W. ORR, State Bar No. 77656
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org; torr@earthjustice.org
gtorgun@earthjustice.org
Telephone:  (510) 550-6725

Attorneys for Plaintiffs

KATHERINE POOLE, State Bar No. 195010
MICHAEL E. WALL, State Bar No. 170238
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; mwall@nrdc.org
Telephone:  (415) 875-6100

HAMILTON CANDEE, State Bar No. 111376
CASEY A. ROBERTS, State Bar No. 253474
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
hcandee@altshulerberzon.com
Telephone:  (415) 421-7151

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*,<br><br>             Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br><br>             Defendant-Intervenors. | Case No. 1:06-CV-0245 OWW GSA<br><br>PARTIES' SECOND STIPULATION AND ORDER RE: MOTION FOR ATTORNEYS' FEES |

PDF created with pdfFactory trial version www.pdffactory.com

To facilitate settlement discussions regarding Plaintiffs' claim for attorneys' fees and costs in this case, Plaintiffs Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, *et al.* ("Plaintiffs") and Defendants Carlos M. Gutierrez, Secretary of Commerce, *et al.* ("Federal Defendants") stipulate and agree, and request that the Court enter an order, to stay briefing on Plaintiffs' motion for an award of attorneys' fees and costs for 120 days.  In support of this request, Plaintiffs and Federal Defendants stipulate as follows:

1. Judgment was entered in this case on September 9, 2009 (Doc. 458), and no party has taken a timely appeal.  On September 18, 2009, pursuant to a stipulation by the parties, the Court entered an Order extending the deadline for Plaintiffs to file a motion for attorneys' fees and costs under Civil Local Rules 54-292 (now Local Rule 292) and 54-293 (now Local Rule 293) and Federal Rule of Civil Procedure 54(d)(2)(B) to be the same deadline as that for filing a motion under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, which falls on December 9, 2009.  Doc. 461.

2. Concurrently with this stipulation, Plaintiffs have filed a motion for an award of attorneys' fees and costs for their work on this litigation.  Before filing their motion for award of attorneys' fees and costs, Plaintiffs presented Federal Defendants with a confidential request to settle their claim, which request includes the amount sought to date, an itemized statement of the actual time expended by attorneys, experts, and other personnel representing or appearing on behalf of the Plaintiffs, and the rates at which fees and other expenses were computed.  Federal Defendants are, thus, in receipt of the information specified by EAJA, 28 U.S.C. § 2412(d)(1)(B), as well as Local Rule 293, and will not be prejudiced by Plaintiffs deferring the filing of memoranda, evidentiary and other materials supporting their motion at this time.[1]

3. Discussions regarding Plaintiffs' request are ongoing, and Plaintiffs and Federal Defendants seek additional time to attempt to settle Plaintiffs' claims without unnecessarily burdening the Court.  Plaintiffs and Federal Defendants agree that briefing and argument on Plaintiffs' claim for

---

[1] By so stipulating, Federal Defendants waive any argument that Plaintiffs' concurrently filed motion fails to constitute a timely and complete application for an award of fees and costs under EAJA.

Parties' Second Stip. and Order Re: Mot. for Attorneys' Fees
Case No. 1:06-CV-0245 OWW GSA

PDF created with pdfFactory trial version www.pdffactory.com

fees and costs may be unnecessary in light of the parties' intent to attempt to settle Plaintiffs' claim.

4. Accordingly, Plaintiffs and Federal Defendants agree that further proceedings on Plaintiffs' motion for an award of fees and costs, including the filing of memoranda and evidentiary and other materials supporting that motion, should be stayed for 120 days.  At that time, Plaintiffs and Federal Defendants will either jointly propose a briefing schedule to address Plaintiffs' motion for fees and costs, or the parties shall otherwise apprise this Court of the status of Plaintiffs' motion and any request for action by this Court.  If the parties are unable to reach a settlement of Plaintiffs' claim, Plaintiffs will supplement their motion for award of attorneys' fees and costs with documentation of all time and expenses sought, including the fees and costs for additional time spent in seeking fees.

Based on the joint stipulation set forth above, the parties respectfully request that this Court stay briefing and argument on Plaintiffs' concurrently filed motion for an award of attorneys' fees and costs for 120 days from the date of the Court's order granting such stay, in the manner provided above.

Respectfully submitted this 8th day of December, 2009.

/s/ Michael R. Sherwood
MICHAEL R. SHERWOOD
TRENT W. ORR
GEORGE TORGUN

Attorneys for Plaintiffs

KATHERINE S. POOLE
HAMILTON CANDEE
CASEY A. ROBERTS

Attorneys for Plaintiff
Natural Resources Defense Council

Parties' Second Stip. and Order Re: Mot. for Attorneys' Fees
Case No. 1:06-CV-0245 OWW GSA

PDF created with pdfFactory trial version www.pdffactory.com

```
                              IGNACIA MORENO
                              Assistant Attorney General
                              JEAN E. WILLIAMS, Section Chief
                              United States Department of Justice
                              Environment and Natural Resources Division

                              /s/ Bridget Kennedy McNeil (authorized 12/7/09)
                              BRIDGET KENNEDY MCNEIL, Trial Attorney
                              United States Department of Justice
                              Wildlife and Marine Resources Section
                              1961 Stout St., 8th Floor
                              Denver, CO 80294
                              Ph: (303) 844-1484
                              Fax: (303) 844-1350

                              WILLIAM SHAPIRO, Trial Attorney
                              U.S. Department of Justice
                              Environment & Natural Resources Division
                              501 I Street, Suite 9-700
                              Sacramento, CA  95814-2322

                              Attorneys for Federal Defendants
```

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

DATED: December 11, 2009         /s/ OLIVER W. WANGER
                                 OLIVER W. WANGER
                                 United States District Judge

Parties' Second Stip. and Order Re: Mot. for Attorneys' Fees
Case No. 1:06-CV-0245 OWW GSA

PDF created with pdfFactory trial version www.pdffactory.com