MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
TRENT W. ORR, State Bar No. 77656
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org; torr@earthjustice.org
gtorgun@earthjustice.org
Telephone:  (510) 550-6725

Attorneys for Plaintiffs

KATHERINE POOLE, State Bar No. 195010
MICHAEL E. WALL, State Bar No. 170238
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; mwall@nrdc.org
Telephone:  (415) 875-6100

HAMILTON CANDEE, State Bar No. 111376
CASEY A. ROBERTS, State Bar No. 253474
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
hcandee@altshulerberzon.com
Telephone:  (415) 421-7151

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*, <br><br> Defendants. <br><br> SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*, <br><br> Defendant-Intervenors. | Case No. 1:06-cv-0245 OWW GSA <br><br> PARTIES' THIRD STIPULATION AND ORDER RE: MOTION FOR ATTORNEYS' FEES <br><br> (DOCUMENT #465) |

Parties' Third Stip. and Order Re: Mot. for Attorneys' Fees
Case No. 1:06-CV-0245 OWW GSA

1

To facilitate settlement discussions regarding Plaintiffs' claim for attorneys' fees and costs in this case, Plaintiffs Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, *et al.* ("Plaintiffs") and Defendants Carlos M. Gutierrez, Secretary of Commerce, *et al.* ("Federal Defendants") stipulate and agree, and request that the Court enter an order, to stay briefing on Plaintiffs' motion for an award of attorneys' fees and costs for an additional 90 days. In support of this request, Plaintiffs and Federal Defendants stipulate as follows:

1. Judgment was entered in this case on September 9, 2009 (Doc. No. 458), and no party has taken a timely appeal. On September 18, 2009, pursuant to a stipulation by the parties, the Court entered an Order extending the deadline for Plaintiffs to file a motion for attorneys' fees and costs under Civil Local Rules 292 and 293 and Federal Rule of Civil Procedure 54(d)(2)(B) to be the same deadline as that for filing a motion under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, which was December 9, 2009. Doc. No. 461.

2. On December 8, 2009, Plaintiffs filed a motion for an award of attorneys' fees and costs for their work on this litigation. Doc. No. 465. No hearing date was set; instead, concurrently with the filing of the motion, Plaintiffs and Federal Defendants filed their Second Stipulation and Proposed Order Re: Motion for Attorneys' Fees (Doc. No. 464) which explained that before filing their motion for attorneys' fees Plaintiffs had presented Federal Defendants with a confidential letter request to settle their claim including specifics about the amount sought to date, and that settlement negotiations regarding Plaintiffs' claim were ongoing. Plaintiffs and Federal Defendants sought an additional 120 days [to April 13, 2010] before having to brief Plaintiffs' motion within which to pursue possible settlement. On December 14, 2009, the Court approved the parties second stipulation. Doc. No. 466.

3. Counsel for Plaintiffs in this matter is also lead counsel for Defendant-Intervenors Pacific Coast Federal of Fishermen's Associations, *et al.*, in the *Consolidated Salmon Cases*, Lead Case No. 09-cv-1053-OWW-DLB. Similarly, counsel for Federal Defendants is also lead counsel for Federal Defendants in the *Consolidated Salmon Cases*. In January, 2010, before Federal Defendants could respond to Plaintiffs' letter setting forth their attorney fee claim, plaintiffs in the

1  *Consolidated Salmon Cases* filed a motion for a Temporary Restraining Order, to which counsel for
2  Plaintiffs and Federal Defendants in this case both had to respond.  A series of hearings and
3  subsequent motions for temporary and preliminary injunctive relief have followed, with further
4  hearings set before this Court commencing March 30, 2009.

5      4.    As a result, counsel for Federal Defendants has not yet been able to respond to
6  Plaintiffs' fee letter and will not be able to do so until after the hearings in the *Consolidated Salmon*
7  *Cases*, and any possible emergency appeals, have been completed.

8      5.    Plaintiffs and Federal Defendants still hope to settle Plaintiffs' claim without
9  unnecessarily burdening the Court, and agree that briefing and argument on Plaintiffs' motion for
10 fees and costs may be unnecessary in light of the parties' intent to attempt to settle Plaintiffs' claim.

11     6.    Accordingly, Plaintiffs and Federal Defendants agree that further proceedings on
12 Plaintiffs' motion for an award of fees and costs, including the filing of memoranda and evidentiary
13 and other materials supporting that motion, should be stayed for an additional 90 days.  At that time,
14 Plaintiffs and Federal Defendants will either jointly propose a briefing schedule to address Plaintiffs'
15 motion for fees and costs, or the parties shall otherwise apprise this Court of the status of Plaintiffs'
16 motion and any request for action by this Court.  If the parties are unable to reach a settlement of
17 Plaintiffs' claim, Plaintiffs will supplement their motion for award of attorneys' fees and costs with
18 documentation of all time and expenses sought, including the fees and costs for additional time spent
19 in seeking fees.

20     Based on the joint stipulation set forth above, the parties respectfully request that this Court
21 stay briefing and argument on Plaintiffs' motion for an award of attorneys' fees and costs for an
22 additional 90 days from the end of the current stay, or July 12, 2010.

23     Respectfully submitted this 26th day of March, 2010.

            /s/ Michael R. Sherwood
            MICHAEL R. SHERWOOD
            TRENT W. ORR
            GEORGE TORGUN

            Attorneys for Plaintiffs

|   |   |
|---|---|
| 1 | KATHERINE S. POOLE |
| 2 | HAMILTON CANDEE |
|   | CASEY A. ROBERTS |
| 3 | Attorneys for Plaintiff |
|   | Natural Resources Defense Council |

IGNACIA MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
United States Department of Justice
Environment and Natural Resources Division

/s/ Bridget Kennedy McNeil (authorized 3/26/10)
BRIDGET KENNEDY MCNEIL, Trial Attorney
United States Department of Justice
Wildlife and Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: (303) 844-1484
Fax: (303) 844-1350

WILLIAM SHAPIRO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
501 I Street, Suite 9-700
Sacramento, CA  95814-2322

Attorneys for Federal Defendants

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

Dated:  **March 30, 2010**          /s/ Oliver W. Wanger
                                    UNITED STATES DISTRICT JUDGE