MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
TRENT W. ORR, State Bar No. 77656
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
msherwood@earthjustice.org; torr@earthjustice.org
gtorgun@earthjustice.org
Telephone:  (510) 550-6725

Attorneys for Plaintiffs

KATHERINE POOLE, State Bar No. 195010
MICHAEL E. WALL, State Bar No. 170238
Natural Resources Defense Council
111 Sutter St., 20th Floor
San Francisco, CA  94104
kpoole@nrdc.org; mwall@nrdc.org
Telephone:  (415) 875-6100

HAMILTON CANDEE, State Bar No. 111376
CASEY A. ROBERTS, State Bar No. 253474
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA  94108
hcandee@altshulerberzon.com
Telephone:  (415) 421-7151

Attorneys for Plaintiff NRDC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS/INSTITUTE FOR FISHERIES RESOURCES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS M. GUTIERREZ, in his official capacity as Secretary of Commerce *et al.*,<br><br>Defendants.<br><br>SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, *et al.*,<br><br>Defendant-Intervenors. | Case No. 1:06-CV-0245 OWW GSA<br><br>PARTIES' SIXTH STIPULATION AND ORDER RE: MOTION FOR ATTORNEYS' FEES |

Plaintiffs Pacific Coast Federation of Fishermen's Associations/Institute for Fisheries Resources, *et al.* ("Plaintiffs") and Defendants Carlos M. Gutierrez, Secretary of Commerce, *et al.* ("Federal Defendants") (collectively the "Parties") are still engaged in the process of seeking a negotiated resolution of Plaintiffs' pending motion for attorneys' fees and costs in this case. The Parties believe that these continuing discussions are productive and are likely to avoid the need for judicial review of the motion.

To allow time for the Parties to seek to reach a negotiated resolution, the Parties stipulate and agree, and request that the Court enter an order, to stay briefing on Plaintiffs' motion for an award of attorneys' fees and costs for an additional 45 days, to January 25, 2011. In support of this request, Plaintiffs and Federal Defendants stipulate as follows:

1. Judgment was entered in this case on September 9, 2009 (Doc. No. 458), and no party has appealed.

2. On December 8, 2009, Plaintiffs filed a motion for an award of attorneys' fees and costs for their work on this litigation. Doc. No. 465. No hearing date was set; instead, concurrently with the filing of the motion, Plaintiffs and Federal Defendants filed their Second Stipulation and Proposed Order Re: Motion for Attorneys' Fees (Doc. No. 464) which explained that before filing their motion for attorneys' fees Plaintiffs had presented Federal Defendants with a confidential letter request to settle their claim including specifics about the amount sought to date, and that settlement negotiations regarding Plaintiffs' claim were ongoing. Plaintiffs and Federal Defendants sought an additional 120 days (to April 13, 2010) before having to brief Plaintiffs' motion within which to pursue possible settlement. On December 14, 2009, the Court approved the parties' second stipulation. Doc. No. 466.

3. Since then the Parties have requested and the Court has granted three additional extensions. *See* Docs. 468, 470 and 472. The current extension is to December 10, 2010.

4. As mentioned above, the Parties believe their ongoing discussions are productive and desire additional time to seek to resolve this matter by negotiated resolution.

5. Accordingly, Plaintiffs and Federal Defendants agree that further proceedings on

Plaintiffs' motion for an award of fees and costs, including the filing of memoranda and evidentiary and other materials supporting that motion, should be stayed for an additional 45 days. At that time, Plaintiffs and Federal Defendants will either jointly propose a briefing schedule to address Plaintiffs' motion for fees and costs, or the parties shall otherwise apprise this Court of the status of Plaintiffs' motion and any request for action by this Court.

Based on the joint stipulation set forth above, the parties respectfully request that this Court stay briefing and argument on Plaintiffs' motion for an award of attorneys' fees and costs for an additional 45 days from the end of the current stay, to January 25, 2011.

Respectfully submitted this 9th day of December, 2010.

/s/ Michael R. Sherwood
MICHAEL R. SHERWOOD
TRENT W. ORR
GEORGE TORGUN

Attorneys for Plaintiffs

/s/ Katherine S. Poole
KATHERINE S. POOLE
HAMILTON CANDEE
CASEY A. ROBERTS

Attorneys for Plaintiff
Natural Resources Defense Council


IGNACIA MORENO
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
United States Department of Justice
Environment and Natural Resources Division

/s/ Bridget Kennedy McNeil (authorized 9/9/10)
BRIDGET KENNEDY McNEIL, Trial Attorney
United States Department of Justice
Wildlife and Marine Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
Ph: (303) 844-1484
Fax: (303) 844-1350

WILLIAM SHAPIRO, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
501 I Street, Suite 9-700
Sacramento, CA  95814-2322

Attorneys for Federal Defendants

Pursuant to the stipulation of the parties,

IT IS SO ORDERED.

Dated:  **December 10, 2010**            **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE